MEMBER FDIC EQUAL HOUSING LENDER
localfirstbank.com



# FIRST BANK

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126

Statement Period: December 18, 2020 Thru December 31, 2020

Account Number: *****[redacted]

| Account Name | Account Number | Balance |
|---|---|---|
| BUSINESS ESSENTIALS | [redacted] | .00 |

BUSINESS ESSENTIALS WOLF LAKE DEVELOPMENT LLC Acct XXXXXX[redacted]

| | | | |
|---|---|---|---|
| | Beginning Balance | 12/18/20 | .00 |
| | Deposits / Misc Credits | 0 | .00 |
| | Withdrawals / Misc Debits | 0 | .00 |
| ** | Ending Balance | 12/31/20 | .00 ** |
| | Service Charge | | .00 |
| | Average Balance | | 0 |
| | Average Collected Balance | | 0 |
| | Minimum Balance | | 0 |

EXHIBIT
tabbies
G

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: December 18, 2020 Thru December 31, 2020

Account Number: ****[redacted]

**24-hour telephone banking: 888-518-4636**
for balance inquiries, deposits posted, checks paid and loan information.

**Customer Service: 866-792-4357**
Monday - Friday 7:00 a.m. - 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. - 4:00 p.m.

**IMPORTANT INFORMATION**
**REGARDING YOUR ELECTRONIC TRANSFER ACCOUNTS**

**Telephone Confirmation of Preauthorized Deposits**
Deposits from your prearranged Direct Deposits, (which are made at least once every 60 days, from the same source) can be verified by calling the Customer Service number listed below during the hours specified.

**In Case of Errors or Questions About Your Electronic Transfers (For Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt:

Call our Customer Service Center at **1-866-792-4357**
Monday - Friday 7:00 a.m. to 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. to 4:00 p.m.

Or, you may write to us at: **Customer Service Center**
**P. O. Box 10589**
**Greensboro, NC 27404**

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## To Balance Your Checkbook

| | | |
|---|---|---|
| 1. Verify that all withdrawals and deposits shown on the front are recorded in your checkbook register. If you believe your statement contains an error or unauthorized transactions, promptly report the matter to us. | | |
| 2. List in your checkbook register all items which have not been included previously. *Examples: Checking account service charge for this month, automatic transfer or draft preauthorized by you, direct deposit of your paycheck, ATM or Debit card transactions.* | | |
| 3. Enter ending balance shown on this statement | | $ |
| 4. List deposits made after "through" date shown on this statement | **DATE** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| 5. Total of deposits made since statement "through" date | | |
| 6. Add line 3 and 5 and enter here | | |
| 7. List outstanding checks (checks not posted on this statement). | **Check No. or Date** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 8. Total of outstanding checks | | $ |
| 9. Subtract line 8 from line 6 – This is the balance of your account. | | $ |

## IMPORTANT INFORMATION REGARDING YOUR CREDIT LINE ACCOUNT

**HOW TO COMPUTE YOUR CREDIT LINE FINANCE CHARGE AND AVERAGE DAILY BALANCE**

We figure the finance charge on your account by applying the daily periodic rate to the "average daily balance" of your account (including current transactions) for the number of days in the billing cycle. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The finance charge will continue to accrue each day until the loan account is paid in full.

**PROMPT CREDITING OF DIRECT PAYMENTS**

Payments should be mailed to First Bank, PO Box 10209, Greensboro, NC 27404. If payments are received by us at this address by 5:00 p.m. they will be credited to your account that same day. If received after 5:00 p.m. they may be credited as of the following banking business day. If you make payments at any other authorized banking location, crediting such payments to your account may be delayed up to 5 days.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE ACCOUNT**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at First Bank, Customer Service Center, PO Box 10209, Greensboro, NC 27404, as soon as possible. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but doing so will not preserve your rights.

In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of this suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

While we investigate whether or not there has been an error, the following are true: You do not have to pay any amount in question while we are investigating your claim, but you are still obligated to pay the parts of your bill that are not in question. We can apply any unpaid amount against your credit limit. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your concern, we cannot report you as delinquent or take any legal action to collect the amount you question.

MEMBER FDIC | EQUAL HOUSING LENDER



localfirstbank.com

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126

Enclosure Count: 5

Statement Period: January 01, 2021 Thru January 31, 2021 Account Number: ****[redacted]

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| BUSINESS ESSENTIALS | XXXXXX[redacted] | .00 | 73,999.63 |

BUSINESS ESSENTIALS WOLF LAKE DEVELOPMENT LLC Acct XXXXXX[redacted]

| | | | |
|---|---|---|---|
| Beginning Balance | 1/01/21 | .00 | |
| Deposits / Misc Credits | 3 | 180,240.00 | |
| Withdrawals / Misc Debits | 44 | 106,240.37 | |
| ** Ending Balance | 1/31/21 | 73,999.63 | ** |
| Service Charge | | .00 | |
| Average Balance | | 77,095 | |
| Average Collected Balance | | 77,095 | |
| Minimum Balance | | 0 | |

## MISCELLANEOUS CREDITS

| Date | Amount | Activity Description |
|---|---|---|
| 1/11 | 180,000.00 | 003801 OLGA M MONTENEGRO E CARL |

## CHECKS

* indicates a skip in check numbers

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 501 | 1/12 | 1,000.00 | 503 | 1/13 | 5,000.00 | 505 | 1/27 | 2,050.00 |
| 502 | 1/13 | 5,000.00 | 504 | 1/21 | 232.09 | | | |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: January 01, 2021 Thru January 31, 2021 Account Number: [redacted]

## MISCELLANEOUS DEBITS

| Date | Amount | Activity Description |
|---|---|---|
| 1/11 | 30.00 | Incoming Wire Fee |
| 1/12 | 4,000.00 | BENE:JAIME LOPEZ TRN:P202101120083534 |
| 1/12 | 10,000.00 | BENE:MANUEL RODRIGUEZ TRN:P202101120038818 |
| 1/12 | 10,000.00 | BENE:DAVID LANE TRN:P202101120039328 |
| 1/12 | 25.00 | OUTGOING WIRE FEE-P202101120038818 |
| 1/12 | 25.00 | OUTGOING WIRE FEE-P202101120039328 |
| 1/12 | 25.00 | OUTGOING WIRE FEE-P202101120083534 |
| 1/22 | 66,000.00 | BENE:GOOD STEWARD LENDING SERVICES INC TRN:P202101220024598 |
| 1/22 | 25.00 | OUTGOING WIRE FEE-P202101220024598 |

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 1/19 | | 13.90 | POS PUR PILOT 575 SAINT MARYS GA 01855 *****8295 01/18 18:29 |
| 1/19 | | 35.01 | POS PUR CRACKER BARREL # MELBOURNE FL 268100 *****8295 01/18 14:22 |
| 1/19 | | 29.94 | POS PUR RACETRAC675 BRUNSWICK GA 07058 *****8295 01/18 19:05 |
| 1/19 | | 33.94 | POS PUR RACETRAC2398 PORT ST LUCIE FL 292077 *****8295 01/18 13:21 |
| 1/19 | | 514.54 | POS PUR ENTERPRISE RENT-A-CAR MIAMI FL 000 *****8295 01/18 04:24 |
| 1/20 | | 9.00 | POS PUR WHITAKER GARAGE PAYSTA SAVANNA GA 268669 *****8295 01/19 01:50 |
| 1/20 | | 22.57 | POS PUR SPINX #266 COLUMBIA SC 592983 *****8295 01/19 22:08 |
| 1/21 | | 127.03 | POS PUR HOLIDAY INN EXPRESS SA 9122319000 GA 0000 *****8295 01/19 20:59 |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: January 01, 2021 Thru January 31, 2021 Account Number: [redacted]

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 1/21 | | 127.03 | POS PUR HOLIDAY INN EXPRESS SA 9122319000 GA 0000 *****8295 01/19 21:44 |
| 1/21 | | 192.80 | POS PUR THE SQUARE ROOT RESTAU BREVARD NC 999999 *****8295 01/20 09:50 |
| 1/21 | | 249.11 | POS PUR Vic's On The River Savannah GA 999999 *****8295 01/19 22:47 |
| 1/22 | | 37.80 | POS PUR CHARLOTTE STREE ASHEVILLE NC 119305 *****8295 01/21 17:10 |
| 1/25 | | 37.59 | POS PUR DENNY'S #9357 Jackson GA 86935 *****8295 01/24 16:29 |
| 1/25 | | 17.05 | POS PUR KRISPY KREME 0316 HENDERSONVIL NC 999999 *****8295 01/24 05:14 |
| 1/25 | | 20.00 | POS PUR FLYING J #630 JACKSON GA 87790 *****8295 01/24 15:33 |
| 1/25 | | 24.37 | POS PUR MARATHON PETRO25 Tallahassee F 00007U *****8295 01/25 13:43 |
| 1/25 | | 34.86 | POS PUR ENERGY MART NO HENDERSONVILL N 119215 *****8295 01/24 11:36 |
| 1/25 | | 39.90 | POS PUR BENTO TALLY TALLAHASSEE FL 849 *****8295 01/24 08:43 |
| 1/25 | | 73.69 | POS PUR WHITE DUCK DT ASHEVILLE NC 335287 *****8295 01/23 23:50 |
| 1/25 | | 84.75 | POS PUR CAMBRIA HOTEL & SUITES 8282520218 NC 0000 *****8295 01/24 08:50 |
| 1/25 | | 101.46 | POS PUR FROG LEVEL BREWING WAYNESVILLE NC 999999 *****8295 01/23 02:42 |
| 1/25 | | 108.24 | POS PUR SQ *PARKER-BINNS VINEY Mill Spring NC 999999 *****8295 01/23 02:05 |
| 1/25 | | 167.24 | POS PUR 131 MAIN ASHEVILLE ASHEVILLE N 999999 *****8295 01/23 09:06 |
| 1/25 | | 419.31 | POS PUR CAMBRIA HOTEL & SUITES ASHEVILLE NC 0000 *****8295 01/23 03:5 |
| 1/26 | 40.00 | | POS PURCHASE RETURN CAMBRIA HOTEL & |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: January 01, 2021 Thru January 31, 2021 Account Number: [redacted]

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| | | | SUITES 8282520218 NC 0000 *****8295 01/25 08:21 |
| 1/26 | | 6.42 | POS PUR LOVE S TRAVEL 00008011 CORDELE GA 009 *****8295 01/24 20:33 |
| 1/26 | | 12.05 | POS PUR STARBUCKS STORE 08804 TALLAHASSEE FL 999999 *****8295 01/25 09:30 |
| 1/26 | | 34.70 | POS PUR SHELL SERVICE S OKEECHOBEE FL 947007 *****8295 01/25 18:43 |
| 1/26 | | 42.48 | POS PUR CANOPY ROAD CAFE TALLAHASSEE F 8554 *****8295 01/25 23:18 |
| 1/27 | 200.00 | | POS PURCHASE RETURN ENTERPRISE RENT-A-CAR MIAMI FL 000 *****8295 01/2 05:14 |
| 1/27 | | 105.75 | POS PUR HOLIDAY INN EXPRESS TALLAHASSE FL 0000 *****8295 01/25 19:58 |
| 1/27 | | 105.75 | POS PUR HOLIDAY INN EXPRESS TALLAHASSE FL 0000 *****8295 01/25 20:22 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/11 | 179,970.00 | 1/20 | 144,236.10 | 1/26 | 76,061.13 |
| 1/12 | 154,895.00 | 1/21 | 143,308.04 | 1/27 | 73,999.63 |
| 1/13 | 144,895.00 | 1/22 | 77,245.24 | | |
| 1/19 | 144,267.67 | 1/25 | 76,116.78 | | |

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: January 01, 2021 Thru January 31, 2021 Account Number: *[redacted]

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: January 01, 2021 Thru January 31, 2021 Account Number: [redacted]

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1 66-456/531
ASHEVILLE NC 28803-2126
501
DATE 1-12-21
Pay to the Order of [signature] $ 1000.00
One thousand & 00/100 DOLLARS
FIRST BANK
www.LocalFirstBank.com
MEMO
⑈00501⑈ ⑆053104568⑆ ⑈[redacted]

01/12/2021 501 $1,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1 66-456/531
ASHEVILLE NC 28803-2126
502
DATE 1-12-21
Pay to the Order of Oneal McCall $ 5000.00
Five thousand & 00/100 DOLLARS
FIRST BANK
www.LocalFirstBank.com
MEMO
⑈00502⑈ ⑆053104568⑆ [redacted]

01/13/2021 502 $5,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1 66-456/531
ASHEVILLE NC 28803-2126
503
DATE 1-12-21
Pay to the Order of Betty Ragan $ 5000.00
Five thousand & 00/100 DOLLARS
FIRST BANK
www.LocalFirstBank.com Inv. #822
MEMO Yardi brush clearing
⑈00503⑈ ⑆053104568⑆ [redacted]

01/13/2021 503 $5,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1 66-456/531
ASHEVILLE NC 28803-2126
504
DATE 1-19-21
Pay to the Order of [signature] $ 232.09
Two hundred thirty two & 09/100 DOLLARS
FIRST BANK
www.LocalFirstBank.com
MEMO meal & chala
⑈00504⑈ ⑆053104568⑆ ⑈[redacted]

01/21/2021 504 $232.09

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1 66-456/531
ASHEVILLE NC 28803-2126
505
DATE 1-26-2021
Pay to the Order of Oneal McCall $ 2050.00
Two thousand & fifty & 00/100 DOLLARS
FIRST BANK
www.LocalFirstBank.com
MEMO
⑈00505⑈ ⑆053104568⑆ [redacted]

01/27/2021 505 $2,050.00

**24-hour telephone banking: 888-518-4636**
for balance inquiries, deposits posted,
checks paid and loan information.

**Customer Service: 866-792-4357**
Monday - Friday 7:00 a.m. - 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. - 4:00 p.m.

IMPORTANT INFORMATION
REGARDING YOUR ELECTRONIC TRANSFER ACCOUNTS

**Telephone Confirmation of Preauthorized Deposits**
Deposits from your prearranged Direct Deposits, (which are made at least once every 60 days, from the same source) can be verified by calling the Customer Service number listed below during the hours specified.

**In Case of Errors or Questions About Your Electronic Transfers (For Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt:

Call our Customer Service Center at **1-866-792-4357**
Monday - Friday 7:00 a.m. to 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. to 4:00 p.m.

Or, you may write to us at: **Customer Service Center**
**P. O. Box 10589**
**Greensboro, NC 27404**

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## To Balance Your Checkbook

| | | |
|---|---|---|
| 1. Verify that all withdrawals and deposits shown on the front are recorded in your checkbook register. If you believe your statement contains an error or unauthorized transactions, promptly report the matter to us. | | |
| 2. List in your checkbook register all items which have not been included previously. *Examples:* *Checking account service charge for this month, automatic transfer or draft preauthorized by you, direct deposit of your paycheck, ATM or Debit card transactions.* | | |
| 3. Enter ending balance shown on this statement | | $ |
| 4. List deposits made after "through" date shown on this statement | **DATE** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| 5. Total of deposits made since statement "through" date | | |
| 6. Add line 3 and 5 and enter here | | |
| 7. List outstanding checks (checks not posted on this statement). | **Check No. or Date** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 8. Total of outstanding checks | | $ |
| 9. Subtract line 8 from line 6 – This is the balance of your account. | | $ |

## IMPORTANT INFORMATION REGARDING YOUR CREDIT LINE ACCOUNT

**HOW TO COMPUTE YOUR CREDIT LINE FINANCE CHARGE AND AVERAGE DAILY BALANCE**

We figure the finance charge on your account by applying the daily periodic rate to the "average daily balance" of your account (including current transactions) for the number of days in the billing cycle. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The finance charge will continue to accrue each day until the loan account is paid in full.

**PROMPT CREDITING OF DIRECT PAYMENTS**

Payments should be mailed to First Bank, PO Box 10209, Greensboro, NC 27404. If payments are received by us at this address by 5:00 p.m. they will be credited to your account that same day. If received after 5:00 p.m. they may be credited as of the following banking business day. If you make payments at any other authorized banking location, crediting such payments to your account may be delayed up to 5 days.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE ACCOUNT**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at First Bank, Customer Service Center, PO Box 10209, Greensboro, NC 27404, as soon as possible. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but doing so will not preserve your rights.

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of this suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

While we investigate whether or not there has been an error, the following are true: You do not have to pay any amount in question while we are investigating your claim, but you are still obligated to pay the parts of your bill that are not in question. We can apply any unpaid amount against your credit limit. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your concern, we cannot report you as delinquent or take any legal action to collect the amount you question.

MEMBER FDIC EQUAL HOUSING LENDER



localfirstbank.com

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126

Enclosure Count: 5

Statement Period: February 01, 2021 Thru February 28, 2021

Account Number: *****[redacted]

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| BUSINESS ESSENTIALS | XXXXX[redacted] | .00 | 370,848.73 |

BUSINESS ESSENTIALS WOLF LAKE DEVELOPMENT LLC Acct XXXXX[redacted]

| | | | |
|---|---|---|---|
| | Beginning Balance | 2/01/21 | 73,999.63 |
| | Deposits / Misc Credits | 1 | 320,000.00 |
| | Withdrawals / Misc Debits | 13 | 23,150.90 |
| ** | Ending Balance | 2/28/21 | 370,848.73 ** |
| | Service Charge | | .00 |
| | Average Balance | | 102,674 |
| | Average Collected Balance | | 102,674 |
| | Minimum Balance | | 50,878 |

## MISCELLANEOUS CREDITS

| Date | Amount | Activity Description |
|---|---|---|
| 2/25 | 320,000.00 | 009022 OLGA M MONTENEGRO E CARL |

## CHECKS

* indicates a skip in check numbers

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 510 | 2/03 | 2,500.00 | 512 | 2/08 | 5,000.00 | 514 | 2/05 | 1,000.00 |
| 511 | 2/09 | 4,000.00 | 513 | 2/10 | 10,000.00 | | | |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: February 01, 2021 Thru February 28, 2021 Account Number: *****[redacted]

## MISCELLANEOUS DEBITS

| Date | Amount | Activity Description |
|---|---|---|
| 2/25 | 30.00 | Incoming Wire Fee |

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 2/03 | | 11.53 | POS PUR ERAC TOLL 293C5K 8778601258 FL 0000 *****8295 02/03 08:56 |
| 2/05 | | 310.00 | POS PUR ALG*AIR 702-505-8888 NV 999999 *****8295 02/04 01:44 |
| 2/11 | | 5.00 | POS PUR MULTISPACE PRKG METERS FORT LAUDERDA FL 6384 *****8295 02/09 20:08 |
| 2/11 | | 28.65 | POS PUR MAYORS CAFE MIAMI LAKES FL 299 *****8295 02/10 01:19 |
| 2/11 | | 197.31 | POS PUR 7709 LA QUINTA INNS MIAMI FL 999999 *****8295 02/09 21:41 |
| 2/12 | | 46.64 | POS PUR TST* VERSAILLES RESTAU MIAMI F 999999 *****8295 02/11 19:54 |
| 2/16 | | 21.77 | POS PUR RACETRAC2356 00023564 MIAMI FL 001 *****8295 02/11 22:58 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 2/03 | 71,488.10 | 2/09 | 61,178.10 | 2/12 | 50,900.50 |
| 2/05 | 70,178.10 | 2/10 | 51,178.10 | 2/16 | 50,878.73 |
| 2/08 | 65,178.10 | 2/11 | 50,947.14 | 2/25 | 370,848.73 |

Statement Period: February 01, 2021 Thru February 28, 2021

Account Number: ****[redacted]

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531
510
1-28 20 21
Pay to the order of Mountain Soils Inc $ 2500.00
Two Thousand five hundred & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For Proposal
⑆053104568⑆ [redacted] 0510

02/03/2021 510 $2,500.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531
511
2-5 20 21
Pay to the order of Jamie Lopez $ 4000.00
Four Thousand & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For Feb management fee
⑆053104568⑆ [redacted] 0511

02/09/2021 511 $4,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531
512
2-5 20 21
Pay to the order of Oneal McCall $ 5000.00
Five Thousand & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For Feb management fee
⑆053104568⑆ [redacted] 0512

02/08/2021 512 $5,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531
513
2-5 20 21
Pay to the order of Manuel Rodriguez $ 10,000.00
Ten Thousand & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For Feb management fee
⑆053104568⑆ [redacted] 0513

02/10/2021 513 $10,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531
514
2-5 20 21
Pay to the order of Dee McTaggart $ 1000.00
One Thousand & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For Feb management fee
⑆053104568⑆ [redacted] 0514

02/05/2021 514 $1,000.00

**24-hour telephone banking: 888-518-4636**
for balance inquiries, deposits posted, checks paid and loan information.

**Customer Service: 866-792-4357**
Monday - Friday 7:00 a.m. - 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. - 4:00 p.m.

IMPORTANT INFORMATION
REGARDING YOUR ELECTRONIC TRANSFER ACCOUNTS

**Telephone Confirmation of Preauthorized Deposits**
Deposits from your prearranged Direct Deposits, (which are made at least once every 60 days, from the same source) can be verified by calling the Customer Service number listed below during the hours specified.

**In Case of Errors or Questions About Your Electronic Transfers (For Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt:

Call our Customer Service Center at **1-866-792-4357**
Monday - Friday 7:00 a.m. to 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. to 4:00 p.m.

Or, you may write to us at: **Customer Service Center**
**P. O. Box 10589**
**Greensboro, NC 27404**

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## To Balance Your Checkbook

| | | |
|---|---|---|
| 1. Verify that all withdrawals and deposits shown on the front are recorded in your checkbook register. If you believe your statement contains an error or unauthorized transactions, promptly report the matter to us. | | |
| 2. List in your checkbook register all items which have not been included previously. *Examples: Checking account service charge for this month, automatic transfer or draft preauthorized by you, direct deposit of your paycheck, ATM or Debit card transactions.* | | |
| 3. Enter ending balance shown on this statement | | $ |
| 4. List deposits made after "through" date shown on this statement | DATE | AMOUNT |
| | | |
| | | |
| | | |
| | | |
| | | |
| 5. Total of deposits made since statement "through" date | | |
| 6. Add line 3 and 5 and enter here | | |
| 7. List outstanding checks (checks not posted on this statement). | Check No. or Date | AMOUNT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 8. Total of outstanding checks | | $ |
| 9. Subtract line 8 from line 6 – This is the balance of your account. | | $ |

## IMPORTANT INFORMATION REGARDING YOUR CREDIT LINE ACCOUNT

### HOW TO COMPUTE YOUR CREDIT LINE FINANCE CHARGE AND AVERAGE DAILY BALANCE

We figure the finance charge on your account by applying the daily periodic rate to the "average daily balance" of your account (including current transactions) for the number of days in the billing cycle. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The finance charge will continue to accrue each day until the loan account is paid in full.

### PROMPT CREDITING OF DIRECT PAYMENTS

Payments should be mailed to First Bank, PO Box 10209, Greensboro, NC 27404. If payments are received by us at this address by 5:00 p.m. they will be credited to your account that same day. If received after 5:00 p.m. they may be credited as of the following banking business day. If you make payments at any other authorized banking location, crediting such payments to your account may be delayed up to 5 days.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE ACCOUNT

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at First Bank, Customer Service Center, PO Box 10209, Greensboro, NC 27404, as soon as possible. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but doing so will not preserve your rights.

In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of this suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

While we investigate whether or not there has been an error, the following are true: You do not have to pay any amount in question while we are investigating your claim, but you are still obligated to pay the parts of your bill that are not in question. We can apply any unpaid amount against your credit limit. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your concern, we cannot report you as delinquent or take any legal action to collect the amount you question.

MEMBER FDIC EQUAL HOUSING LENDER



localfirstbank.com

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126

Enclosure Count: 9
Statement Period: March 01, 2021 Thru March 31, 2021
Account Number: *****[redacted]

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| BUSINESS ESSENTIALS | XXXXXX[redacted] | .00 | 313,100.49 |

BUSINESS ESSENTIALS WOLF LAKE DEVELOPMENT LLC Acct XXXXXX[redacted]

| | | | |
|---|---|---|---|
| Beginning Balance | 3/01/21 | 370,848.73 | |
| Deposits / Misc Credits | 0 | .00 | |
| Withdrawals / Misc Debits | 34 | 57,748.24 | |
| ** Ending Balance | 3/31/21 | 313,100.49 | ** |
| Service Charge | | .00 | |
| Average Balance | | 329,606 | |
| Average Collected Balance | | 329,606 | |
| Minimum Balance | | 313,100 | |

## CHECKS

* indicates a skip in check numbers

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 517 | 3/01 | 10,000.00 | 522 | 3/03 | 4,000.00 | 525 | 3/08 | 1,000.00 |
| 519* | 3/16 | 7,076.50 | 523 | 3/12 | 15,000.00 | 526 | 3/18 | 1,000.00 |
| 521* | 3/04 | 5,000.00 | 524 | 3/12 | 10,000.00 | 527 | 3/24 | 1,000.00 |

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 3/15 | | 50.00 | POS PUR HOVER JOB 3926874 SAN FRANCISC CA HVR77A *****8295 03/12 21:27 |
| 3/15 | | 50.00 | POS PUR HOVER JOB 3926800 SAN FRANCISC |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: March 01, 2021 Thru March 31, 2021 Account Number: ****[redacted]

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| | | | CA HVR77A *****8295 03/12 22:40 |
| 3/15 | | 51.93 | POS PUR BRIO-CHEROKEE CHEROKEE NC 1421 *****8295 03/12 02:16 |
| 3/15 | | 60.00 | POS PUR HOVER JOB 3932974 SAN FRANCISC CA HVR77A *****8295 03/13 05:56 |
| 3/15 | | 75.00 | POS PUR HOVER JOB 3926699 SAN FRANCISC CA HVR77A *****8295 03/12 20:25 |
| 3/15 | | 75.00 | POS PUR HOVER JOB 3926844 SAN FRANCISC CA HVR77A *****8295 03/12 21:11 |
| 3/15 | | 75.00 | POS PUR HOVER JOB 3926741 SAN FRANCISC CA HVR77A *****8295 03/12 21:27 |
| 3/15 | | 75.00 | POS PUR HOVER JOB 3926635 SAN FRANCISC CA HVR77A *****8295 03/12 22:40 |
| 3/15 | | 2,000.00 | POS PUR HOVER PLAN 3527 SAN FRANCISCO CA HVR77A *****8295 03/12 01:43 |
| 3/16 | | 38.13 | POS PUR MARATHON PETRO135251 BREVARD N 999999 *****8295 03/14 20:38 |
| 3/16 | | 60.00 | POS PUR HOVER JOB 3936211 SAN FRANCISC CA HVR77A *****8295 03/15 20:04 |
| 3/16 | | 84.00 | POS PUR HOVER JOB 3936605 SAN FRANCISC CA HVR77A *****8295 03/15 20:44 |
| 3/17 | | 59.75 | POS PUR JUST ANOTHER UGLY DOG, CASHIER NC 999999 *****8295 03/15 22:47 |
| 3/22 | | 23.71 | POS PUR MAPCO 7537 HUNTSVILLE AL 99999 *****8295 03/19 20:21 |
| 3/22 | | 32.30 | POS PUR CLEVELAND COUNTRY MART CLEVELAND TN 0010 *****8295 03/19 05:3 |
| 3/22 | | 137.87 | POS PUR EMBASSY SUITES HUNTSVL HUNTSVILLE AL 000100 *****8295 03/19 23:08 |
| 3/22 | | 147.87 | POS PUR EMBASSY SUITES HUNTSVL HUNTSVILLE AL 000100 *****8295 03/19 20:24 |
| 3/22 | | 147.87 | POS PUR EMBASSY SUITES HUNTSVL HUNTSVILLE AL 000100 *****8295 03/19 |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: March 01, 2021 Thru March 31, 2021 Account Number: ****[redacted]

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| | | | 22:13 |
| 3/22 | | 147.87 | POS PUR EMBASSY SUITES HUNTSVL HUNTSVILLE AL 000100 *****8295 03/19 02:54 |
| 3/30 | | 34.39 | POS PUR PEDDLER'S CITGO KE MURPHY NC 999999 *****8295 03/29 22:39 |
| 3/30 | | 71.94 | POS PUR IN DATATEK USA INC MOUNTAIN VIEW CA 002 *****8295 03/30 12:59 |
| 3/31 | | 17.89 | POS PUR HUDDLE HOUSE 188 FRANKLIN NC L3Y6 *****8295 03/29 20:34 |
| 3/31 | | 20.71 | POS PUR TENNESSEE VALLEY SIGN SCOTTSBORO AL 999999 *****8295 03/29 22:55 |
| 3/31 | | 25.06 | POS PUR OFFICE DEPOT #369 HUNTSVILLE A 999999 *****8295 03/30 10:00 |
| 3/31 | | 110.45 | POS PUR RUBY TUESDAY SITE 4202 SCOTTSBORO AL 769062 *****8295 03/29 21:36 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 360,848.73 | 3/15 | 323,336.80 | 3/24 | 313,380.93 |
| 3/03 | 356,848.73 | 3/16 | 316,078.17 | 3/30 | 313,274.60 |
| 3/04 | 351,848.73 | 3/17 | 316,018.42 | 3/31 | 313,100.49 |
| 3/08 | 350,848.73 | 3/18 | 315,018.42 | | |
| 3/12 | 325,848.73 | 3/22 | 314,380.93 | | |

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: March 01, 2021 Thru March 31, 2021

Account Number: ****[redacted]

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: March 01, 2021 Thru March 31, 2021

Account Number: ****[redacted]

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531 517
BW
2-18 2021
Pay to the order of Barnwell & Long, PLLC $10,000.00
Ten thousand & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
The Lacy Corporation
For Earnest & or Sanique Creek
⑆053104568⑆ [redacted] 0517

03/01/2021 517 $10,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531 525
3-8 2021
Pay to the order of Dee McTaggart $1000.00
One thousand & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For March management fees
⑆053104568⑆ [redacted] 0525

03/08/2021 525 $1,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531 519
2-26 2021
Pay to the order of Bob's Decks $7076.50
Seven thousand seventy six & 50/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For Dock on Wolf Lake
⑆053104568⑆ [redacted] 0519

03/16/2021 519 $7,076.50

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531 526
3-15 2021
Pay to the order of Barnwell & Long PLLC $1000.00
One thousand & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For Earnest $1000 Seminole Way
⑆053104568⑆ [redacted] 0526

03/18/2021 526 $1,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531 521
3-2 2021
Pay to the order of Neal McCall $5000.00
Five thousand & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For March management
⑆053104568⑆ [redacted] 0521

03/04/2021 521 $5,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531 527
3-22 2021
Pay to the order of Barnwell & Long PLLC $1000.00
One thousand & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For Lot 2 Vess Owen Rd
⑆053104568⑆ [redacted] 0527

03/24/2021 527 $1,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531 522
3-2 2021
Pay to the order of Jaimie Lopez $4000.00
Four thousand & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For March management
⑆053104568⑆ [redacted] 0522

03/03/2021 522 $4,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531 523
3-8 2021
Pay to the order of David Lowe $15000.00
Fifteen thousand & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For Finders fee
⑆053104568⑆ [redacted] 0523

03/12/2021 523 $15,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
66-456/531 524
3-8 2021
Pay to the order of Manuel Rodriguez $10,000.00
Ten thousand & 00/100 Dollars
FIRST BANK
LOCALFIRSTBANK.COM
For March management fees
⑆053104568⑆ [redacted] 0524

03/12/2021 524 $10,000.00

**24-hour telephone banking: 888-518-4636**
for balance inquiries, deposits posted, checks paid and loan information.

**Customer Service: 866-792-4357**
Monday - Friday 7:00 a.m. - 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. - 4:00 p.m.

IMPORTANT INFORMATION
REGARDING YOUR ELECTRONIC TRANSFER ACCOUNTS

**Telephone Confirmation of Preauthorized Deposits**
Deposits from your prearranged Direct Deposits, (which are made at least once every 60 days, from the same source) can be verified by calling the Customer Service number listed below during the hours specified.

**In Case of Errors or Questions About Your Electronic Transfers (For Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt:

Call our Customer Service Center at **1-866-792-4357**
Monday - Friday 7:00 a.m. to 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. to 4:00 p.m.

Or, you may write to us at: **Customer Service Center**
**P. O. Box 10589**
**Greensboro, NC 27404**

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## To Balance Your Checkbook

1. Verify that all withdrawals and deposits shown on the front are recorded in your checkbook register. If you believe your statement contains an error or unauthorized transactions, promptly report the matter to us.
2. List in your checkbook register all items which have not been included previously. *Examples: Checking account service charge for this month, automatic transfer or draft preauthorized by you, direct deposit of your paycheck, ATM or Debit card transactions.*

| | | |
|---|---|---|
| 3. Enter ending balance shown on this statement | | $ |
| 4. List deposits made after "through" date shown on this statement | **DATE** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| 5. Total of deposits made since statement "through" date | | |
| 6. Add line 3 and 5 and enter here | | |
| 7. List outstanding checks (checks not posted on this statement). | **Check No. or Date** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 8. Total of outstanding checks | | $ |
| 9. Subtract line 8 from line 6 – This is the balance of your account. | | $ |

## IMPORTANT INFORMATION REGARDING YOUR CREDIT LINE ACCOUNT

### HOW TO COMPUTE YOUR CREDIT LINE FINANCE CHARGE AND AVERAGE DAILY BALANCE

We figure the finance charge on your account by applying the daily periodic rate to the "average daily balance" of your account (including current transactions) for the number of days in the billing cycle. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The finance charge will continue to accrue each day until the loan account is paid in full.

### PROMPT CREDITING OF DIRECT PAYMENTS

Payments should be mailed to First Bank, PO Box 10209, Greensboro, NC 27404. If payments are received by us at this address by 5:00 p.m. they will be credited to your account that same day. If received after 5:00 p.m. they may be credited as of the following banking business day. If you make payments at any other authorized banking location, crediting such payments to your account may be delayed up to 5 days.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE ACCOUNT

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at First Bank, Customer Service Center, PO Box 10209, Greensboro, NC 27404, as soon as possible. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but doing so will not preserve your rights.

In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of this suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

While we investigate whether or not there has been an error, the following are true: You do not have to pay any amount in question while we are investigating your claim, but you are still obligated to pay the parts of your bill that are not in question. We can apply any unpaid amount against your credit limit. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your concern, we cannot report you as delinquent or take any legal action to collect the amount you question.

MEMBER FDIC EQUAL HOUSING LENDER



localfirstbank.com

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126

Enclosure Count: 5

Statement Period: April 01, 2021 Thru April 30, 2021

Account Number: ****[redacted]

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| BUSINESS ESSENTIALS | XXXXX[redacted] | .00 | 286,230.76 |

BUSINESS ESSENTIALS WOLF LAKE DEVELOPMENT LLC Acct XXXXX[redacted]

| | | |
|---|---|---|
| Beginning Balance | 4/01/21 | 313,100.49 |
| Deposits / Misc Credits | 1 | .35 |
| Withdrawals / Misc Debits | 28 | 26,870.08 |
| ** Ending Balance | 4/30/21 | 286,230.76 ** |
| Service Charge | | .00 |
| Average Balance | | 295,865 |
| Average Collected Balance | | 295,865 |
| Minimum Balance | | 286,230 |

## CHECKS

* indicates a skip in check numbers

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 528 | 4/06 | 5,000.00 | 530 | 4/12 | 10,000.00 | 533* | 4/30 | 3,240.00 |
| 529 | 4/06 | 4,000.00 | 531 | 4/06 | 1,000.00 | | | |

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 4/01 | | 20.00 | POS PUR LOG CABIN STORE WOODVILLE AL 0010 *****8295 03/31 05:42 |
| 4/01 | | 46.24 | POS PUR MAIN STREET CAFE MADISON AL 756942 *****8295 03/31 01:57 |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: April 01, 2021 Thru April 30, 2021 Account Number: ***[redacted]

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 4/01 | | 108.21 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 03/30 20:30 |
| 4/02 | | 102.84 | POS PUR RUBY TUESDAY SITE 4202 SCOTTSBORO AL 769062 *****8295 03/31 20:36 |
| 4/02 | | 218.92 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 03/31 20:19 |
| 4/05 | | 32.97 | POS PUR CLEVELAND COUNTRY MART CLEVELAND TN 0010 *****8295 04/02 05:2 |
| 4/05 | | 432.84 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 04/02 04:35 |
| 4/05 | | 432.84 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 04/02 05:24 |
| 4/05 | | 435.84 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 04/02 22:24 |
| 4/14 | | 493.40 | POS PUR DELTA NORWALK CT 999999 *****8295 04/12 22:05 |
| 4/15 | | 30.83 | POS PUR MAIN STREET CAFE MADISON AL 756942 *****8295 04/14 02:36 |
| 4/16 | | 34.60 | POS PUR SHELL OIL 10055343007 FRANKLIN NC 0000 *****8295 04/14 05:45 |
| 4/16 | | 52.42 | POS PUR IN DATATEK USA INC MOUNTAIN VIEW CA 002 *****8295 04/15 17:04 |
| 4/16 | | 60.00 | POS PUR HOVER JOB 4135155 SAN FRANCISC CA HVR77A *****8295 04/15 07:06 |
| 4/16 | | 109.54 | POS PUR THE DOCKS SCOTTSBORO AL 755520 *****8295 04/15 12:38 |
| 4/19 | .35 | | Money Transfer RBT SHELL OIL 10055343 EasySavings NY 999999 *****8295 04/17 21:09 |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: April 01, 2021 Thru April 30, 2021 Account Number: *****[redacted]

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 4/19 | | 16.92 | POS PUR CIRCLE K # 3618 CHATTANOOGA TN 043038 *****8295 04/16 16:49 |
| 4/19 | | 28.57 | POS PUR KCS BBQ SCOTTSBORO AL 799590 *****8295 04/16 09:56 |
| 4/19 | | 36.01 | POS PUR CIRCLE K # 3618 CHATTANOOGA TN 043038 *****8295 04/16 16:43 |
| 4/19 | | 218.60 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 04/16 20:30 |
| 4/19 | | 227.72 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 04/16 21:14 |
| 4/19 | | 227.72 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 04/16 21:57 |
| 4/19 | | 227.72 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 04/16 22:40 |
| 4/30 | | 35.33 | POS PUR ENERGY MART #4 BREVARD NC 0010 *****8295 04/29 05:47 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/01 | 312,926.04 | 4/12 | 291,269.79 | 4/19 | 289,506.09 |
| 4/02 | 312,604.28 | 4/14 | 290,776.39 | 4/30 | 286,230.76 |
| 4/05 | 311,269.79 | 4/15 | 290,745.56 | | |
| 4/06 | 301,269.79 | 4/16 | 290,489.00 | | |

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: April 01, 2021 Thru April 30, 2021

Account Number: ***[redacted]

Statement Period: April 01, 2021 Thru April 30, 2021 Account Number: ***[redacted]




04/06/2021 528 $5,000.00




04/06/2021 529 $4,000.00




04/12/2021 530 $10,000.00




04/06/2021 531 $1,000.00




04/30/2021 533 $3,240.00

**24-hour telephone banking: 888-518-4636**
for balance inquiries, deposits posted,
checks paid and loan information.

**Customer Service: 866-792-4357**
Monday - Friday 7:00 a.m. - 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. - 4:00 p.m.

**IMPORTANT INFORMATION**
**REGARDING YOUR ELECTRONIC TRANSFER ACCOUNTS**

**Telephone Confirmation of Preauthorized Deposits**
Deposits from your prearranged Direct Deposits, (which are made at least once every 60 days, from the same source) can be verified by calling the Customer Service number listed below during the hours specified.

**In Case of Errors or Questions About Your Electronic Transfers (For Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt:

Call our Customer Service Center at **1-866-792-4357**
Monday - Friday 7:00 a.m. to 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. to 4:00 p.m.

Or, you may write to us at: **Customer Service Center**
**P. O. Box 10589**
**Greensboro, NC 27404**

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## To Balance Your Checkbook

1. Verify that all withdrawals and deposits shown on the front are recorded in your checkbook register. If you believe your statement contains an error or unauthorized transactions, promptly report the matter to us.
2. List in your checkbook register all items which have not been included previously.
   *Examples:* *Checking account service charge for this month, automatic transfer or draft preauthorized by you, direct deposit of your paycheck, ATM or Debit card transactions.*

| | | |
|---|---|---|
| 3. Enter ending balance shown on this statement | | $ |
| 4. List deposits made after "through" date shown on this statement | **DATE** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| 5. Total of deposits made since statement "through" date | | |
| 6. Add line 3 and 5 and enter here | | |
| 7. List outstanding checks (checks not posted on this statement). | **Check No. or Date** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 8. Total of outstanding checks | | $ |
| 9. Subtract line 8 from line 6 – This is the balance of your account. | | $ |

## IMPORTANT INFORMATION REGARDING YOUR CREDIT LINE ACCOUNT

**HOW TO COMPUTE YOUR CREDIT LINE FINANCE CHARGE AND AVERAGE DAILY BALANCE**

We figure the finance charge on your account by applying the daily periodic rate to the "average daily balance" of your account (including current transactions) for the number of days in the billing cycle. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The finance charge will continue to accrue each day until the loan account is paid in full.

**PROMPT CREDITING OF DIRECT PAYMENTS**

Payments should be mailed to First Bank, PO Box 10209, Greensboro, NC 27404. If payments are received by us at this address by 5:00 p.m. they will be credited to your account that same day. If received after 5:00 p.m. they may be credited as of the following banking business day. If you make payments at any other authorized banking location, crediting such payments to your account may be delayed up to 5 days.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE ACCOUNT**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at First Bank, Customer Service Center, PO Box 10209, Greensboro, NC 27404, as soon as possible. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but doing so will not preserve your rights.

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of this suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

While we investigate whether or not there has been an error, the following are true: You do not have to pay any amount in question while we are investigating your claim, but you are still obligated to pay the parts of your bill that are not in question. We can apply any unpaid amount against your credit limit. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your concern, we cannot report you as delinquent or take any legal action to collect the amount you question.

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126

Enclosure Count: 10
Statement Period: May 01, 2021 Thru May 31, 2021 Account Number: ****[redacted]

| Account Name | Account Number | Balance |
|---|---|---|
| BUSINESS ESSENTIALS | XXXXX[redacted] | 177,452.11 |

BUSINESS ESSENTIALS WOLF LAKE DEVELOPMENT LLC Acct XXXXX[redacted]

| | | |
|---|---|---|
| Beginning Balance | 5/01/21 | 286,230.76 |
| Deposits / Misc Credits | 2 | .48 |
| Withdrawals / Misc Debits | 31 | 108,779.13 |
| ** Ending Balance | 5/31/21 | 177,452.11 ** |
| Service Charge | | .00 |
| Average Balance | | 249,473 |
| Average Collected Balance | | 249,473 |
| Minimum Balance | | 177,452 |

## CHECKS

* indicates a skip in check numbers

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 532 | 5/05 | 1,615.00 | 536 | 5/07 | 10,000.00 | 539 | 5/07 | 758.76 |
| 534* | 5/06 | 5,000.00 | 537 | 5/04 | 1,000.00 | 540 | 5/28 | 6,434.41 |
| 535 | 5/04 | 4,000.00 | 538 | 5/11 | 1,500.00 | 541 | 5/17 | 900.00 |

## MISCELLANEOUS DEBITS

| Date | Amount | Activity Description |
|---|---|---|
| 5/26 | 75,295.88 | DEBIT MEMO |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: May 01, 2021 Thru May 31, 2021 Account Number: ****[redacted]

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 5/04 | | 35.00 | POS PUR HOVER JOB 4250871 SAN FRANCISC CA HVR77A *****8295 05/03 20:07 |
| 5/04 | | 60.00 | POS PUR HOVER JOB 4251170 SAN FRANCISC CA HVR77A *****8295 05/03 21:44 |
| 5/10 | | 52.99 | POS PUR BLUE RIDGE QUICK PRINT BREVARD NC 826304 *****8295 05/07 01:53 |
| 5/10 | | 147.00 | POS PUR JACKSON COUNTY BLDG IN SYLVA N 999999 *****8295 05/07 05:44 |
| 5/14 | | 18.68 | POS PUR BP#9370198SUNSHINE QPS SCOTTSBORO AL 0010 *****8295 05/13 05:02 |
| 5/14 | | 103.96 | POS PUR RUBY TUESDAY SITE 4202 SCOTTSBORO AL 769061 *****8295 05/12 21:49 |
| 5/17 | .19 | | Money Transfer RBT BP#9370198SUNSHINE EasySavings NY 999999 *****8295 05/16 23:12 |
| 5/17 | | 109.30 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 05/13 19:54 |
| 5/17 | | 109.30 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 05/13 20:07 |
| 5/17 | | 182.20 | POS PUR DELTA SEATTLE WA 999999 *****8295 05/15 05:42 |
| 5/17 | | 408.57 | POS PUR CheapTix*7209801290965 www.ctix.info WA 999999 *****8295 05/1 01:41 |
| 5/18 | | 29.43 | POS PUR CIRCLE K # 23439 CAMPOBELLO SC 999999 *****8295 05/17 05:01 |
| 5/19 | | 40.98 | POS PUR BP#6461479MARUTI FOQPS HARDEEVILLE SC 0010 *****8295 05/18 22:59 |
| 5/19 | | 102.05 | POS PUR BEST WESTERN HOTELS 8439717070 SC 0100 *****8295 05/18 09:44 |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: May 01, 2021 Thru May 31, 2021 Account Number: ****[redacted]

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 5/19 | | 102.05 | POS PUR BEST WESTERN HOTELS 8439717070 SC 0100 *****8295 05/18 09:47 |
| 5/19 | | 102.05 | POS PUR BEST WESTERN HOTELS 8439717070 SC 0100 *****8295 05/18 10:03 |
| 5/19 | | 119.03 | POS PUR SALTWATER COWBOYS MT. PLEASANT SC 768336 *****8295 05/17 19:51 |
| 5/19 | | 201.45 | POS PUR THE VILLAGE BAR & GRIL SAVANNA GA V90549 *****8295 05/18 01:31 |
| 5/20 | | 103.84 | POS PUR TST* PAGE?S OKRA GRILL MOUNT PLEASAN SC 999999 *****8295 05/20 09:4 |
| 5/20 | | 182.20 | POS PUR DELTA SEATTLE WA 999999 *****8295 05/18 22:08 |
| 5/21 | .29 | | Money Transfer RBT CIRCLE K # 23439 EasySavings NY 999999 *****8295 05/21 09:10 |
| 5/21 | | 30.00 | POS PUR PILOT 00045807 PROSPERITY SC T06 *****8295 05/19 19:47 |
| 5/28 | | 35.00 | POS PUR EXXONMOBIL 45616844 ETOWAH NC 004 *****8295 05/27 09:57 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/04 | 281,135.76 | 5/11 | 262,062.01 | 5/20 | 259,247.11 |
| 5/05 | 279,520.76 | 5/14 | 261,939.37 | 5/21 | 259,217.40 |
| 5/06 | 274,520.76 | 5/17 | 260,230.19 | 5/26 | 183,921.52 |
| 5/07 | 263,762.00 | 5/18 | 260,200.76 | 5/28 | 177,452.11 |
| 5/10 | 263,562.01 | 5/19 | 259,533.15 | | |

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: May 01, 2021 Thru May 31, 2021

Account Number: ****[redacted]

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: May 01, 2021 Thru May 31, 2021 Account Number: ****[redacted]

FIRST BANK — CHECKING WITHDRAWAL
DATE 5/26/2021
PRINTED NAME Wolf Lake development SIGNATURE
AMOUNT Seventy five thousand two hundred ninety five & 88/100 DOLLARS
ACCOUNT NUMBER [redacted] AMOUNT $ 75295.88
⑆5017⑈4568⑆

05/26/2021 $75,295.88

WOLF LAKE DEVELOPMENT LLC, 1944 HENDERSONVILLE RD, SUITE E1, ASHEVILLE, NC 28803 — 532
4-27 2021
Pay to the order of Hammerhead Logging & Farms $ 1615.00
One thousand six hundred fifteen & 00/100 Dollars
FIRST BANK LOCALFIRSTBANK.COM
For invoice #1242
⑆053104568⑆ [redacted] 0532

05/05/2021 532 $1,615.00

WOLF LAKE DEVELOPMENT LLC — 534
5-3-2021
Pay to the order of Oneal McCall $ 5000.00
Five thousand & 00/100 Dollars
For May management
⑆053104568⑆ [redacted] 0534

05/06/2021 534 $5,000.00

WOLF LAKE DEVELOPMENT LLC — 535
5-3 2021
Pay to the order of Jamie Lopez $ 4000.00
Four thousand & 00/100 Dollars
For May management
⑆053104568⑆ [redacted] 0535

05/04/2021 535 $4,000.00

WOLF LAKE DEVELOPMENT LLC — 536
5-3 2021
Pay to the order of Manuel Rodriguez $ 10,000.00
Ten thousand & 00/100 Dollars
For May management
⑆053104568⑆ [redacted] 0536

05/07/2021 536 $10,000.00

WOLF LAKE DEVELOPMENT LLC — 537
5-3 2021
Pay to the order of Dree McTaggart $ 1000.00
One thousand & 00/100 Dollars
⑆053104568⑆ [redacted] 0537

05/04/2021 537 $1,000.00

WOLF LAKE DEVELOPMENT LLC — 538
5-3 2021
Pay to the order of Monte Luinle $ 1500.00
One thousand five hundred & 00/100 Dollars
For Deposit on 3rd house
⑆053104568⑆ [redacted] 0538

05/11/2021 538 $1,500.00

WOLF LAKE DEVELOPMENT LLC — 539
5-4 2021
Pay to the order of K2 Management Group $ 758.76
Seven hundred fifty eight & 76/100 Dollars
For Inv. #1012
⑆053104568⑆ [redacted] 0539

05/07/2021 539 $758.76

WOLF LAKE DEVELOPMENT LLC — 540
5-7 2021
Pay to the order of Kevin Tucker $ 6434.41
Six thousand four hundred thirty four & 41/100 Dollars
For LV Park-Inv #1
⑆053104568⑆ [redacted] 0540

05/28/2021 540 $6,434.41

WOLF LAKE DEVELOPMENT LLC — 541
5-7 2021
Pay to the order of Billy Logan $ 900.00
Nine hundred & 00/100 Dollars
For Inv #134
⑆053104568⑆ [redacted] 0541

05/17/2021 541 $900.00

**24-hour telephone banking: 888-518-4636**
for balance inquiries, deposits posted, checks paid and loan information.

**Customer Service: 866-792-4357**
Monday - Friday 7:00 a.m. - 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. - 4:00 p.m.

**IMPORTANT INFORMATION**
**REGARDING YOUR ELECTRONIC TRANSFER ACCOUNTS**

**Telephone Confirmation of Preauthorized Deposits**
Deposits from your prearranged Direct Deposits, (which are made at least once every 60 days, from the same source) can be verified by calling the Customer Service number listed below during the hours specified.

**In Case of Errors or Questions About Your Electronic Transfers (For Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt:

Call our Customer Service Center at **1-866-792-4357**
Monday - Friday 7:00 a.m. to 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. to 4:00 p.m.

Or, you may write to us at: **Customer Service Center**
**P. O. Box 10589**
**Greensboro, NC 27404**

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## To Balance Your Checkbook

1. Verify that all withdrawals and deposits shown on the front are recorded in your checkbook register. If you believe your statement contains an error or unauthorized transactions, promptly report the matter to us.
2. List in your checkbook register all items which have not been included previously.
   *Examples: Checking account service charge for this month, automatic transfer or draft preauthorized by you, direct deposit of your paycheck, ATM or Debit card transactions.*

| | | |
|---|---|---|
| 3. Enter ending balance shown on this statement | | $ |
| 4. List deposits made after "through" date shown on this statement | **DATE** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| 5. Total of deposits made since statement "through" date | | |
| 6. Add line 3 and 5 and enter here | | |
| 7. List outstanding checks (checks not posted on this statement). | **Check No. or Date** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 8. Total of outstanding checks | | $ |
| 9. Subtract line 8 from line 6 – This is the balance of your account. | | $ |

## IMPORTANT INFORMATION REGARDING YOUR CREDIT LINE ACCOUNT

### HOW TO COMPUTE YOUR CREDIT LINE FINANCE CHARGE AND AVERAGE DAILY BALANCE

We figure the finance charge on your account by applying the daily periodic rate to the "average daily balance" of your account (including current transactions) for the number of days in the billing cycle. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The finance charge will continue to accrue each day until the loan account is paid in full.

### PROMPT CREDITING OF DIRECT PAYMENTS

Payments should be mailed to First Bank, PO Box 10209, Greensboro, NC 27404. If payments are received by us at this address by 5:00 p.m. they will be credited to your account that same day. If received after 5:00 p.m. they may be credited as of the following banking business day. If you make payments at any other authorized banking location, crediting such payments to your account may be delayed up to 5 days.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE ACCOUNT

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at First Bank, Customer Service Center, PO Box 10209, Greensboro, NC 27404, as soon as possible. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but doing so will not preserve your rights.

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of this suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

While we investigate whether or not there has been an error, the following are true: You do not have to pay any amount in question while we are investigating your claim, but you are still obligated to pay the parts of your bill that are not in question. We can apply any unpaid amount against your credit limit. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your concern, we cannot report you as delinquent or take any legal action to collect the amount you question.

localfirstbank.com

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126

Enclosure Count: 8
Statement Period: June 01, 2021 Thru June 30, 2021 Account Number: ***[redacted]

| Account Name | Account Number | Balance |
|---|---|---|
| BUSINESS ESSENTIALS | XXXXX[redacted] | 110,776.98 |

BUSINESS ESSENTIALS WOLF LAKE DEVELOPMENT LLC Acct XXXXX[redacted]

| | | | | |
|---|---|---|---|---|
| | Beginning Balance | 6/01/21 | 177,452.11 | |
| | Deposits / Misc Credits | 2 | .77 | |
| | Withdrawals / Misc Debits | 30 | 66,675.90 | |
| ** | Ending Balance | 6/30/21 | 110,776.98 | ** |
| | Service Charge | | .00 | |
| | Average Balance | | 155,918 | |
| | Average Collected Balance | | 155,918 | |
| | Minimum Balance | | 110,776 | |

## CHECKS

* indicates a skip in check numbers

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 543 | 6/14 | 2,500.00 | 547 | 6/04 | 1,000.00 | 553* | 6/29 | 22,091.79 |
| 545* | 6/07 | 4,308.99 | 548 | 6/07 | 5,000.00 | 557* | 6/30 | 1,000.00 |
| 546 | 6/09 | 10,000.00 | 550* | 6/28 | 18,807.83 | | | |

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 6/01 | | 39.00 | POS PUR SHELL SERVICE S NEWPORT TN 076041 *****8295 05/29 15:23 |
| 6/01 | | 43.11 | POS PUR BP#6272405MAPCO #35QPS JASPER TN 0010 *****8295 05/28 09:17 |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: June 01, 2021 Thru June 30, 2021 Account Number: ****[redacted]

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 6/01 | | 131.88 | POS PUR CKE*REY'S MEXICAN GRIL COOKEVILLE TN 999999 *****8295 05/28 09:17 |
| 6/04 | | 60.00 | POS PUR HOVER JOB 4450753 SAN FRANCISC CA HVR77A *****8295 06/03 22:33 |
| 6/11 | | 22.97 | POS PUR WAFFLE HOUSE 0338 DECATUR AL 8847 *****8295 06/10 22:57 |
| 6/14 | | 20.28 | POS PUR SQ *PAYNES Scottsboro AL 99999 *****8295 06/11 21:06 |
| 6/14 | | 26.50 | POS PUR HGI - GREAT AMERICAN G HUNTSVILLE AL 000000 *****8295 06/10 20:06 |
| 6/14 | | 30.26 | POS PUR CRACKER BARREL #79 CRO CROSSVILLE TN 999999 *****8295 06/11 09:51 |
| 6/14 | | 40.49 | POS PUR WALDEN'S CITGO HOLLYWOOD AL 999999 *****8295 06/11 21:43 |
| 6/14 | | 86.15 | POS PUR RUBY TUESDAY SITE 4202 SCOTTSBORO AL 769061 *****8295 06/10 21:06 |
| 6/14 | | 109.30 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 06/11 22:22 |
| 6/14 | | 109.30 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 06/11 22:59 |
| 6/14 | | 399.00 | POS PUR LAKESHORE WATERCRAFT R SCOTTSBORO AL 275634 *****8295 06/11 09:13 |
| 6/16 | | 31.37 | POS PUR RUBY TUESDAY SITE 4202 SCOTTSBORO AL 769061 *****8295 06/14 23:45 |
| 6/16 | | 41.15 | POS PUR LOVE S COUNTRY00003467 COLUMBI TN 009 *****8295 06/14 22:25 |
| 6/18 | | 30.99 | POS PUR IN DATATEK USA INC MOUNTAIN |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: June 01, 2021 Thru June 30, 2021 Account Number: ***[redacted]

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| | | | VIEW CA 002 *****8295 06/17 15:10 |
| 6/18 | | 37.84 | POS PUR BP#9370198SUNSHINE QPS SCOTTSBORO AL 0010 *****8295 06/17 04:43 |
| 6/21 | | 40.85 | POS PUR KCS BBQ SCOTTSBORO AL 999999 *****8295 06/17 23:05 |
| 6/21 | | 81.07 | POS PUR RUBY TUESDAY SITE 4202 SCOTTSBORO AL 769062 *****8295 06/17 19:54 |
| 6/21 | | 109.30 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 06/17 21:37 |
| 6/21 | | 437.20 | POS PUR HAMPTON INN & SUITES S 2562595200 AL 0000 *****8295 06/18 19:17 |
| 6/22 | | 39.28 | POS PUR ENMARKET #100 BREVARD NC 0010 *****8295 06/20 20:55 |
| 6/28 | .38 | | Money Transfer RBT BP#9370198SUNSHINE EasySavings NY 999999 *****8295 06/25 20:19 |
| 6/28 | .39 | | Money Transfer RBT ENMARKET #100 EasySavings NY 999999 *****8295 06/27 22:51 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/01 | 177,238.12 | 6/14 | 153,524.88 | 6/28 | 133,868.77 |
| 6/04 | 176,178.12 | 6/16 | 153,452.36 | 6/29 | 111,776.98 |
| 6/07 | 166,869.13 | 6/18 | 153,383.53 | 6/30 | 110,776.98 |
| 6/09 | 156,869.13 | 6/21 | 152,715.11 | | |
| 6/11 | 156,846.16 | 6/22 | 152,675.83 | | |

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: June 01, 2021 Thru June 30, 2021

Account Number: ****[redacted]

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: June 01, 2021 Thru June 30, 2021

Account Number: ****[redacted]

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803

543

6-1 20 21

Pay to the order of Davenport, Lucy & Assoc. Inc. $2500.00
Two thousand five hundred & 00/100 Dollars

FIRST BANK
LOCALFIRSTBANK.COM

For Loc 3B Vivo Ridge Rd.

⑆053104568⑆ [redacted] 0543

06/14/2021 543 $2,500.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803

545

6-4 20 21

Pay to the order of Jamie Lopez $4308.99
Four thousand three hundred eight & 99/100 Dollars

FIRST BANK
LOCALFIRSTBANK.COM

For June management & travel reimbursement

⑆053104568⑆ [redacted] 0545

06/07/2021 545 $4,308.99

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803

546

6-4 20 21

Pay to the order of Manny Rodriguez $10,000.00
Ten thousand & 00/100 Dollars

FIRST BANK
LOCALFIRSTBANK.COM

For June management

⑆053104568⑆ [redacted] 0546

06/09/2021 546 $10,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803

547

6-4 20 21

Pay to the order of Dee McGee $1000.00
One thousand & 00/100 Dollars

FIRST BANK
LOCALFIRSTBANK.COM

For June management

⑆053104568⑆ [redacted] 0547

06/04/2021 547 $1,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803

548

6-4 20 21

Pay to the order of Neal McCall $5000.00
Five thousand & 00/100 Dollars

FIRST BANK
LOCALFIRSTBANK.COM

For June management

⑆053104568⑆ [redacted] 0548

06/07/2021 548 $5,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803

550

6-24 20 21

Pay to the order of Morty Terrell $18807.83
Eighteen thousand eight hundred seven & 83/100 Dollars

FIRST BANK
LOCALFIRSTBANK.COM

For Homesite work 1/2

⑆053104568⑆ [redacted] 0550

06/28/2021 550 $18,807.83

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803

553

6-28 20 21

Pay to the order of Morty Terrell $22091.79
Twenty two thousand ninety one & 79/100 Dollars

FIRST BANK
LOCALFIRSTBANK.COM

For Home site grading

⑆053104568⑆ [redacted] 0553

06/29/2021 553 $22,091.79

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803

557

6-30 20 21

Pay to the order of Dee McGee $1000.00
One thousand & 00/100 Dollars

FIRST BANK
LOCALFIRSTBANK.COM

For

⑆053104568⑆ [redacted] 0557

06/30/2021 557 $1,000.00

**24-hour telephone banking: 888-518-4636**
for balance inquiries, deposits posted, checks paid and loan information.

**Customer Service: 866-792-4357**
Monday - Friday 7:00 a.m. - 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. - 4:00 p.m.

IMPORTANT INFORMATION
REGARDING YOUR ELECTRONIC TRANSFER ACCOUNTS

**Telephone Confirmation of Preauthorized Deposits**
Deposits from your prearranged Direct Deposits, (which are made at least once every 60 days, from the same source) can be verified by calling the Customer Service number listed below during the hours specified.

**In Case of Errors or Questions About Your Electronic Transfers (For Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt:

Call our Customer Service Center at **1-866-792-4357**
Monday - Friday 7:00 a.m. to 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. to 4:00 p.m.

Or, you may write to us at: **Customer Service Center**
**P. O. Box 10589**
**Greensboro, NC 27404**

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## To Balance Your Checkbook

| | | |
|---|---|---|
| 1. Verify that all withdrawals and deposits shown on the front are recorded in your checkbook register. If you believe your statement contains an error or unauthorized transactions, promptly report the matter to us. | | |
| 2. List in your checkbook register all items which have not been included previously. *Examples: Checking account service charge for this month, automatic transfer or draft preauthorized by you, direct deposit of your paycheck, ATM or Debit card transactions.* | | |
| 3. Enter ending balance shown on this statement | | $ |
| 4. List deposits made after "through" date shown on this statement | **DATE** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| 5. Total of deposits made since statement "through" date | | |
| 6. Add line 3 and 5 and enter here | | |
| 7. List outstanding checks (checks not posted on this statement). | **Check No. or Date** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 8. Total of outstanding checks | | $ |
| 9. Subtract line 8 from line 6 – This is the balance of your account. | | $ |

## IMPORTANT INFORMATION REGARDING YOUR CREDIT LINE ACCOUNT

### HOW TO COMPUTE YOUR CREDIT LINE FINANCE CHARGE AND AVERAGE DAILY BALANCE

We figure the finance charge on your account by applying the daily periodic rate to the "average daily balance" of your account (including current transactions) for the number of days in the billing cycle. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The finance charge will continue to accrue each day until the loan account is paid in full.

### PROMPT CREDITING OF DIRECT PAYMENTS

Payments should be mailed to First Bank, PO Box 10209, Greensboro, NC 27404. If payments are received by us at this address by 5:00 p.m. they will be credited to your account that same day. If received after 5:00 p.m. they may be credited as of the following banking business day. If you make payments at any other authorized banking location, crediting such payments to your account may be delayed up to 5 days.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE ACCOUNT

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at First Bank, Customer Service Center, PO Box 10209, Greensboro, NC 27404, as soon as possible. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but doing so will not preserve your rights.

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of this suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

While we investigate whether or not there has been an error, the following are true: You do not have to pay any amount in question while we are investigating your claim, but you are still obligated to pay the parts of your bill that are not in question. We can apply any unpaid amount against your credit limit. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your concern, we cannot report you as delinquent or take any legal action to collect the amount you question.

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126

Enclosure Count: 11
Statement Period: July 01, 2021 Thru July 31, 2021
Account Number: ****[redacted]

| Account Name | Account Number | Balance |
|---|---|---|
| BUSINESS ESSENTIALS | XXXXX[redacted] | 59,308.04 |

BUSINESS ESSENTIALS WOLF LAKE DEVELOPMENT LLC Acct XXXXX[redacted]

| | | | |
|---|---|---|---|
| Beginning Balance | 7/01/21 | 110,776.98 | |
| Deposits / Misc Credits | 4 | 12.60 | |
| Withdrawals / Misc Debits | 38 | 51,481.54 | |
| ** Ending Balance | 7/31/21 | 59,308.04 | ** |
| Service Charge | | .00 | |
| Average Balance | | 77,835 | |
| Average Collected Balance | | 77,835 | |
| Minimum Balance | | 59,308 | |

## CHECKS

* indicates a skip in check numbers

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 542 | 7/07 | 7,076.50 | 556 | 7/06 | 2,304.02 | 562 | 7/21 | 382.79 |
| 549* | 7/07 | 1,415.00 | 558* | 7/07 | 10,000.00 | 565* | 7/21 | 840.00 |
| 554* | 7/02 | 4,000.00 | 559 | 7/12 | 2,761.22 | 566 | 7/27 | 10,175.00 |
| 555 | 7/01 | 5,000.00 | 561* | 7/19 | 4,200.00 | | | |

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 7/02 | | 155.00 | POS PUR FLORIDA DEPT OF STAT TALLAHASSEE FL 999999 *****8295 07/01 09:18 |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: July 01, 2021 Thru July 31, 2021 Account Number: ***[redacted]

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 7/09 | | 153.19 | POS PUR HILTON GARDEN INN HUNT HUNTSVILLE AL 780825 *****8295 07/08 20:02 |
| 7/12 | | 112.40 | POS PUR HILTON GARDEN INN HUNT HUNTSVILLE AL 780825 *****8295 07/09 21:33 |
| 7/12 | | 358.40 | POS PUR AMERICAN SEATTLE WA 999999 *****8295 07/09 00:25 |
| 7/14 | | 22.90 | POS PUR IN DATATEK USA INC MOUNTAIN VIEW CA 002 *****8295 07/14 14:52 |
| 7/14 | | 39.33 | POS PUR INGLES GAS EXP #116 HAYESVILLE NC 999999 *****8295 07/13 08:37 |
| 7/14 | | 461.61 | POS PUR EXPEDIA 72129742285296 EXPEDIA.COM WA 999999 *****8295 07/14 05:05 |
| 7/15 | | 19.67 | POS PUR STARBUCKS STORE 61109 HUNTSVILLE AL 999999 *****8295 07/14 10:19 |
| 7/15 | | 36.80 | POS PUR BARBECUE HEAVEN INC HUNTSVILLE AL 758109 *****8295 07/13 05:06 |
| 7/15 | | 44.35 | POS PUR HUDDLE HOUSE 530 SCOTTSBORO AL 7062 *****8295 07/14 09:15 |
| 7/16 | | 60.48 | POS PUR SQ *PAYNES Scottsboro AL 99999 *****8295 07/15 04:57 |
| 7/16 | | 102.46 | POS PUR COMFORT INN & SUITES 770773288 AL 0000 *****8295 07/15 08:31 |
| 7/16 | | 102.46 | POS PUR COMFORT INN & SUITES 770773288 AL 0000 *****8295 07/15 08:39 |
| 7/16 | | 102.46 | POS PUR COMFORT INN & SUITES 770773288 AL 0000 *****8295 07/15 09:02 |
| 7/19 | | 30.00 | POS PUR ENMARKET #100 BREVARD NC 0010 *****8295 07/17 00:01 |
| 7/19 | | 118.10 | POS PUR BEEF AND BARREL CROSSVILLE TN 999999 *****8295 07/15 01:34 |
| 7/20 | | 60.00 | POS PUR HOVER JOB 4714208 SAN FRANCISC |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: July 01, 2021 Thru July 31, 2021 Account Number: ****[redacted]

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| | | | CA HVR77A *****8295 07/19 22:59 |
| 7/21 | | 801.15 | POS PUR LOWES #02257* SYLVA NC 999999 *****8295 07/20 08:33 |
| 7/22 | | 62.39 | POS PUR SYLVA QUALITY 14010995 SYLVA N 004 *****8295 07/20 21:09 |
| 7/23 | | 166.38 | POS PUR LOWES #01990* BREVARD NC 99999 *****8295 07/22 09:55 |
| 7/26 | 4.10 | | Money Transfer RBT COMFORT INN & SUIT EasySavings NY 999999 *****8295 07/21 21:43 |
| 7/26 | 4.10 | | Money Transfer RBT COMFORT INN & SUIT EasySavings NY 999999 *****8295 07/21 21:55 |
| 7/26 | 4.10 | | Money Transfer RBT COMFORT INN & SUIT EasySavings NY 999999 *****8295 07/21 22:07 |
| 7/26 | | 16.41 | POS PUR BATTERIES PLUS #0551 JOHNSON CITY TN 7835 *****8295 07/24 01:43 |
| 7/26 | | 33.03 | POS PUR MARATHON PETRO91405 BREVARD NC 999999 *****8295 07/23 01:29 |
| 7/26 | | 41.60 | POS PUR EXXONMOBIL 42008383 WEBER CITY VA 001 *****8295 07/24 21:37 |
| 7/26 | | 84.00 | POS PUR HOVER JOB 4752316 SAN FRANCISC CA HVR77A *****8295 07/24 21:05 |
| 7/26 | | 84.00 | POS PUR HOVER JOB 4752318 SAN FRANCISC CA HVR77A *****8295 07/24 23:16 |
| 7/27 | .30 | | Money Transfer RBT ENMARKET #100 EasySavings NY 999999 *****8295 07/26 01:51 |
| 7/29 | | 20.00 | POS PUR ENMARKET #835 SYLVA NC 0010 *****8295 07/27 20:15 |
| 7/29 | | 38.44 | POS PUR O MALLEYS SYLVA NC 000000 *****8295 07/27 21:33 |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: July 01, 2021 Thru July 31, 2021 Account Number: ***[redacted]

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/01 | 105,776.98 | 7/14 | 76,917.41 | 7/22 | 69,954.30 |
| 7/02 | 101,621.98 | 7/15 | 76,816.59 | 7/23 | 69,787.92 |
| 7/06 | 99,317.96 | 7/16 | 76,448.73 | 7/26 | 69,541.18 |
| 7/07 | 80,826.46 | 7/19 | 72,100.63 | 7/27 | 59,366.48 |
| 7/09 | 80,673.27 | 7/20 | 72,040.63 | 7/29 | 59,308.04 |
| 7/12 | 77,441.25 | 7/21 | 70,016.69 | | |

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: July 01, 2021 Thru July 31, 2021

Account Number: ****[redacted]

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: July 01, 2021 Thru July 31, 2021 Account Number: ***[redacted]

WOLF LAKE DEVELOPMENT LLC, 1944 HENDERSONVILLE RD, SUITE E1, ASHEVILLE, NC 28803 — 542 — 6-7-2021 — Pay to the order of Dodo Focha $7076.50 — Seven thousand & seventy six & 50/100 Dollars — FIRST BANK LOCALFIRSTBANK.COM — For Inv #40624 - Remaining — ⑆053104568⑆ [redacted] 0542

07/07/2021 542 $7,076.50

WOLF LAKE DEVELOPMENT LLC — 549 — 6-19-2021 — Pay to the order of Kevin Tucker $1415.00 — One thousand four hundred fifteen Dollars — FIRST BANK — For Inv. #02-21 - Wolf Lake — ⑆053104568⑆ [redacted] 0549

07/07/2021 549 $1,415.00

WOLF LAKE DEVELOPMENT LLC — 554 — 6-30-2021 — Pay to the order of Jancie Lopez $4000.00 — Four thousand & 00/100 Dollars — FIRST BANK — For Management fee — ⑆053104568⑆ [redacted] 0554

07/02/2021 554 $4,000.00

WOLF LAKE DEVELOPMENT LLC — 555 — 6-30-2021 — Pay to the order of Neal McCall $5000.00 — Five thousand & 00/100 Dollars — FIRST BANK — ⑆053104568⑆ [redacted] 0555

07/01/2021 555 $5,000.00

WOLF LAKE DEVELOPMENT LLC — 556 — 6-30-2021 — Pay to the order of Naty Burnell $2304.02 — Two thousand three hundred four & 02/100 Dollars — FIRST BANK — For Lot 1 - 802 / Lot 2 - 1502.02 — ⑆053104568⑆ [redacted] 0556

07/06/2021 556 $2,304.02

WOLF LAKE DEVELOPMENT LLC — 558 — 6-30-2021 — Pay to the order of Mercy Rodriguez $10,000.00 — Ten thousand & 00/100 Dollars — FIRST BANK — For July management — ⑆053104568⑆ [redacted] 0558

07/07/2021 558 $10,000.00

828-342-8978 — WOLF LAKE DEVELOPMENT LLC — 559 — 7-6-21 — Pay to the order of Lowes $2761.22 — Two thousand seven hundred sixty one 22/100 Dollars — FIRST BANK — ⑆053104568⑆ [redacted] 0559

07/12/2021 559 $2,761.22

WOLF LAKE DEVELOPMENT LLC — 561 — 7-7-2021 — Pay to the order of Michael Hodges, PE PLLC $4200.00 — Four thousand two hundred & 00/100 Dollars — FIRST BANK — For Inv. #494 — ⑆053104568⑆ [redacted] 0561

07/19/2021 561 $4,200.00

WOLF LAKE DEVELOPMENT LLC — 562 — 7-7-2021 — Pay to the order of Terry Avalon $382.79 — Three hundred eighty two & 79/100 Dollars — FIRST BANK — Inv. For Scotts-01 — ⑆053104568⑆ [redacted] 0562

07/21/2021 562 $382.79

WOLF LAKE DEVELOPMENT LLC — 565 — 7-13-2021 — Pay to the order of Kevin Tucker $840.00 — Eight hundred forty & 00/100 Dollars — FIRST BANK — ⑆053104568⑆ [redacted] 0565

07/21/2021 565 $840.00

WOLF LAKE DEVELOPMENT LLC — 566 — 7-20-2021 — Pay to the order of Davenport Ivey & Associates $10,175.00 — Ten thousand one hundred seventy five & 00/100 Dollars — FIRST BANK — For Dated 7-19-21 — ⑆053104568⑆ [redacted] 0566

07/27/2021 566 $10,175.00

**24-hour telephone banking: 888-518-4636**
for balance inquiries, deposits posted,
checks paid and loan information.

**Customer Service: 866-792-4357**
Monday - Friday 7:00 a.m. - 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. - 4:00 p.m.

**IMPORTANT INFORMATION**
**REGARDING YOUR ELECTRONIC TRANSFER ACCOUNTS**

**Telephone Confirmation of Preauthorized Deposits**
Deposits from your prearranged Direct Deposits, (which are made at least once every 60 days, from the same source) can be verified by calling the Customer Service number listed below during the hours specified.

**In Case of Errors or Questions About Your Electronic Transfers (For Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt:

Call our Customer Service Center at **1-866-792-4357**
Monday - Friday 7:00 a.m. to 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. to 4:00 p.m.

Or, you may write to us at: **Customer Service Center**
**P. O. Box 10589**
**Greensboro, NC 27404**

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## To Balance Your Checkbook

| | | |
|---|---|---|
| 1. Verify that all withdrawals and deposits shown on the front are recorded in your checkbook register. If you believe your statement contains an error or unauthorized transactions, promptly report the matter to us. | | |
| 2. List in your checkbook register all items which have not been included previously. *Examples: Checking account service charge for this month, automatic transfer or draft preauthorized by you, direct deposit of your paycheck, ATM or Debit card transactions.* | | |
| 3. Enter ending balance shown on this statement | | $ |
| 4. List deposits made after "through" date shown on this statement | **DATE** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| 5. Total of deposits made since statement "through" date | | |
| 6. Add line 3 and 5 and enter here | | |
| 7. List outstanding checks (checks not posted on this statement). | **Check No. or Date** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 8. Total of outstanding checks | | $ |
| 9. Subtract line 8 from line 6 – This is the balance of your account. | | $ |

## IMPORTANT INFORMATION REGARDING YOUR CREDIT LINE ACCOUNT

### HOW TO COMPUTE YOUR CREDIT LINE FINANCE CHARGE AND AVERAGE DAILY BALANCE
We figure the finance charge on your account by applying the daily periodic rate to the "average daily balance" of your account (including current transactions) for the number of days in the billing cycle. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The finance charge will continue to accrue each day until the loan account is paid in full.

### PROMPT CREDITING OF DIRECT PAYMENTS
Payments should be mailed to First Bank, PO Box 10209, Greensboro, NC 27404. If payments are received by us at this address by 5:00 p.m. they will be credited to your account that same day. If received after 5:00 p.m. they may be credited as of the following banking business day. If you make payments at any other authorized banking location, crediting such payments to your account may be delayed up to 5 days.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE ACCOUNT
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at First Bank, Customer Service Center, PO Box 10209, Greensboro, NC 27404, as soon as possible. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but doing so will not preserve your rights.

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of this suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

While we investigate whether or not there has been an error, the following are true: You do not have to pay any amount in question while we are investigating your claim, but you are still obligated to pay the parts of your bill that are not in question. We can apply any unpaid amount against your credit limit. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your concern, we cannot report you as delinquent or take any legal action to collect the amount you question.

MEMBER FDIC EQUAL HOUSING LENDER
localfirstbank.com

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126

Enclosure Count: 13
Statement Period: August 01, 2021 Thru August 31, 2021
Account Number: ****[redacted]

| Account Name | Account Number | Balance |
|---|---|---|
| BUSINESS ESSENTIALS | XXXXX[redacted] | 10,418.50 |

BUSINESS ESSENTIALS WOLF LAKE DEVELOPMENT LLC Acct XXXXX[redacted]

| | | |
|---|---|---|
| Beginning Balance | 8/01/21 | 59,308.04 |
| Deposits / Misc Credits | 3 | 500,000.45 |
| Withdrawals / Misc Debits | 22 | 548,889.99 |
| ** Ending Balance | 8/31/21 | 10,418.50 ** |
| Service Charge | | .00 |
| Average Balance | | 183,999 |
| Average Collected Balance | | 183,999 |
| Minimum Balance | | 10,418 |

## MISCELLANEOUS CREDITS

| Date | Amount | Activity Description |
|---|---|---|
| 8/09 | 500,000.00 | ORIG:MII HURON HOLDING SA TRN:P202108090051023 |

## CHECKS

* indicates a skip in check numbers

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 515 | 8/12 | 350.00 | 571 | 8/02 | 5,000.00 | 576 | 8/23 | 2,338.55 |
| 567* | 8/04 | 8,190.00 | 573* | 8/04 | 10,000.00 | 577 | 8/13 | 2,000.00 |
| 568 | 8/06 | 1,550.00 | 574 | 8/09 | 1,000.00 | 579* | 8/25 | 4,000.00 |
| 570* | 8/03 | 4,000.00 | 575 | 8/09 | 6,130.32 | | | |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: August 01, 2021 Thru August 31, 2021 Account Number: ****[redacted]

## MISCELLANEOUS DEBITS

| Date | Amount | Activity Description |
|---|---|---|
| 8/09 | 18.00 | INCOMING WIRE FEE-P202108090051023 |
| 8/17 | 10,000.00 | DEBIT MEMO |
| 8/19 | 483,463.16 | BENE:BARNWELL & LONG PLLC TRUST ACCT TRN:P202108190069584 |
| 8/19 | 25.00 | OUTGOING WIRE FEE-P202108190069584 |
| 8/20 | 10,095.00 | DEBIT MEMO |

## ELECTRONIC TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 8/02 | | 25.00 | POS PUR ENMARKET #100 BREVARD NC 0010 *****8295 07/29 20:48 |
| 8/03 | .20 | | Money Transfer RBT ENMARKET #835 EasySavings NY 999999 *****8295 08/03 08:45 |
| 8/03 | | 60.01 | POS PUR BLUE RIDGE QUICK PRINT BREVARD NC 826304 *****8295 08/02 02:15 |
| 8/09 | .25 | | Money Transfer RBT ENMARKET #100 EasySavings NY 999999 *****8295 08/05 05:18 |
| 8/12 | | 39.30 | POS PUR MILLS RIVER GA14010136 MILLS RIVER NC 004 *****8295 08/10 20:59 |
| 8/30 | | 129.04 | POS PUR LOWES #01990* BREVARD NC 99999 *****8295 08/29 23:50 |
| 8/31 | | 60.82 | POS PUR HARRIS ACE HARDWARE BREVARD NC 999999 *****8295 08/30 09:33 |
| 8/31 | | 415.79 | POS PUR HARRIS ACE HARDWARE BREVARD NC 999999 *****8295 08/30 09:50 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/02 | 54,283.04 | 8/04 | 32,033.23 | 8/09 | 523,335.16 |
| 8/03 | 50,223.23 | 8/06 | 30,483.23 | 8/12 | 522,945.86 |

# FIRST BANK

WOLF LAKE DEVELOPMENT LLC

Statement Period: August 01, 2021 Thru August 31, 2021 Account Number: ***[redacted]

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/13 | 520,945.86 | 8/20 | 17,362.70 | 8/30 | 10,895.11 |
| 8/17 | 510,945.86 | 8/23 | 15,024.15 | 8/31 | 10,418.50 |
| 8/19 | 27,457.70 | 8/25 | 11,024.15 | | |

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: August 01, 2021 Thru August 31, 2021

Account Number: ****[redacted]

FIRST BANK CHECKING WITHDRAWAL
DATE 8-18-2021
PRINTED NAME Beth McTaggart SIGNATURE
AMOUNT Ten thousand & 00/100 DOLLARS
ACCOUNT NUMBER [redacted] AMOUNT $ 10 000.00
⑆05017⑈4568⑆

08/17/2021 $10,000.00

FIRST BANK CHECKING WITHDRAWAL
DATE 8/20/21
PRINTED NAME ONeal McCall SIGNATURE
AMOUNT Ten thousand ninety five DOLLARS
ACCOUNT NUMBER [redacted] AMOUNT $ 10095.00
⑆05017⑈4568⑆

08/20/2021 $10,095.00

WOLF LAKE DEVELOPMENT LLC 515
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
2-12 2021
Pay to the order of Duke Energy $ 350.00
Three hundred fifty & 00/100 Dollars
FIRST BANK LOCALFIRSTBANK.COM
For 114760 Wolf Creek Rd - Lot 22 - Wolf Lake
⑆053104568⑆ [redacted] 0515

08/12/2021 515 $350.00

WOLF LAKE DEVELOPMENT LLC 567
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
7-29 2021
Pay to the order of Marty Burrell $ 8190.50
Eight thousand one hundred ninety & 50/100 Dollars
FIRST BANK LOCALFIRSTBANK.COM
For Grading on 1&2
⑆053104568⑆ [redacted] 0567

08/04/2021 567 $8,190.00

WOLF LAKE DEVELOPMENT LLC 568
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
7-29 2021
Pay to the order of Davenport, Ivey & Associates $ 1550.00
One thousand five hundred fifty & 00/100 Dollars
FIRST BANK LOCALFIRSTBANK.COM
For Job # J-2079
⑆053104568⑆ [redacted] 0568

08/06/2021 568 $1,550.00

WOLF LAKE DEVELOPMENT LLC 570
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
7-30 2021
Pay to the order of Jaime Lopez $ 4000.00
Four thousand & 00/100 Dollars
FIRST BANK LOCALFIRSTBANK.COM
For Aug management
⑆053104568⑆ [redacted] 0570

08/03/2021 570 $4,000.00

WOLF LAKE DEVELOPMENT LLC 571
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
7-30 2021
Pay to the order of Oneal McCall $ 5000.00
Five thousand & 00/100 Dollars
FIRST BANK LOCALFIRSTBANK.COM
For Aug management
⑆053104568⑆ [redacted] 0571

08/02/2021 571 $5,000.00

WOLF LAKE DEVELOPMENT LLC 573
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
7-30 2021
Pay to the order of Mario Rodriguez $ 10,000.00
Ten thousand & 00/100 Dollars
FIRST BANK LOCALFIRSTBANK.COM
For Aug management
⑆053104568⑆ [redacted] 0573

08/04/2021 573 $10,000.00

WOLF LAKE DEVELOPMENT LLC 574
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
8-6 2021
Pay to the order of Dee McJr $ 1000.00
One thousand & 00/100 Dollars
FIRST BANK LOCALFIRSTBANK.COM
For Aug management fees
⑆053104568⑆ [redacted] 0574

08/09/2021 574 $1,000.00

WOLF LAKE DEVELOPMENT LLC 575
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
8-9 2021
Pay to the order of Walker McCall $ 6130.32
Six thousand one hundred thirty & 32/100 Dollars
FIRST BANK LOCALFIRSTBANK.COM
For Inv # 839
⑆053104568⑆ [redacted] 0575

08/09/2021 575 $6,130.32

WOLF LAKE DEVELOPMENT LLC 576
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
8-9 2021
Pay to the order of Kevin Tucker $ 2338.55
Two thousand three hundred thirty eight & 55/100 Dollars
FIRST BANK LOCALFIRSTBANK.COM
For Inv # 4.21
⑆053104568⑆ [redacted] 0576

08/23/2021 576 $2,338.55

WOLF LAKE DEVELOPMENT LLC 577
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803
8-11 2021
Pay to the order of Oneal McCall $ 2000.00
Two thousand & 00/100 Dollars
FIRST BANK LOCALFIRSTBANK.COM
For 1/2 ownership on bayliner
⑆053104568⑆ [redacted] 0577

08/13/2021 577 $2,000.00

WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD STE E1
ASHEVILLE NC 28803-2126



Statement Period: August 01, 2021 Thru August 31, 2021 Account Number: ****[redacted]


WOLF LAKE DEVELOPMENT LLC
1944 HENDERSONVILLE RD, SUITE E1
ASHEVILLE, NC 28803

66-456/531

579

8-22-21

Pay to the order of Hammerhead Logging & Farms $ 4000.00

Four thousand & 00/100 Dollars

FIRST BANK
LOCALFIRSTBANK.COM

For Deposit on Lot 112

⑆053104568⑆ [redacted] 0579

08/25/2021 579 $4,000.00

**24-hour telephone banking: 888-518-4636**
for balance inquiries, deposits posted,
checks paid and loan information.

**Customer Service: 866-792-4357**
Monday - Friday 7:00 a.m. - 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. - 4:00 p.m.

**IMPORTANT INFORMATION**
**REGARDING YOUR ELECTRONIC TRANSFER ACCOUNTS**

**Telephone Confirmation of Preauthorized Deposits**
Deposits from your prearranged Direct Deposits, (which are made at least once every 60 days, from the same source) can be verified by calling the Customer Service number listed below during the hours specified.

**In Case of Errors or Questions About Your Electronic Transfers (For Consumer Accounts Only)**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt:

Call our Customer Service Center at **1-866-792-4357**
Monday - Friday 7:00 a.m. to 11:00 p.m.
Saturday, Sunday & Holidays 9:00 a.m. to 4:00 p.m.

Or, you may write to us at: **Customer Service Center**
**P. O. Box 10589**
**Greensboro, NC 27404**

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## To Balance Your Checkbook

| | | |
|---|---|---|
| 1. Verify that all withdrawals and deposits shown on the front are recorded in your checkbook register. If you believe your statement contains an error or unauthorized transactions, promptly report the matter to us. | | |
| 2. List in your checkbook register all items which have not been included previously. *Examples:* *Checking account service charge for this month, automatic transfer or draft preauthorized by you, direct deposit of your paycheck, ATM or Debit card transactions.* | | |
| 3. Enter ending balance shown on this statement | | $ |
| 4. List deposits made after "through" date shown on this statement | **DATE** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| 5. Total of deposits made since statement "through" date | | |
| 6. Add line 3 and 5 and enter here | | |
| 7. List outstanding checks (checks not posted on this statement). | **Check No. or Date** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 8. Total of outstanding checks | | $ |
| 9. Subtract line 8 from line 6 – This is the balance of your account. | | $ |

## IMPORTANT INFORMATION REGARDING YOUR CREDIT LINE ACCOUNT

### HOW TO COMPUTE YOUR CREDIT LINE FINANCE CHARGE AND AVERAGE DAILY BALANCE
We figure the finance charge on your account by applying the daily periodic rate to the "average daily balance" of your account (including current transactions) for the number of days in the billing cycle. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The finance charge will continue to accrue each day until the loan account is paid in full.

### PROMPT CREDITING OF DIRECT PAYMENTS
Payments should be mailed to First Bank, PO Box 10209, Greensboro, NC 27404. If payments are received by us at this address by 5:00 p.m. they will be credited to your account that same day. If received after 5:00 p.m. they may be credited as of the following banking business day. If you make payments at any other authorized banking location, crediting such payments to your account may be delayed up to 5 days.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE ACCOUNT
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at First Bank, Customer Service Center, PO Box 10209, Greensboro, NC 27404, as soon as possible. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but doing so will not preserve your rights.

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of this suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

While we investigate whether or not there has been an error, the following are true: You do not have to pay any amount in question while we are investigating your claim, but you are still obligated to pay the parts of your bill that are not in question. We can apply any unpaid amount against your credit limit. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your concern, we cannot report you as delinquent or take any legal action to collect the amount you question.

Type: WARRANTY DEED
Recorded: 5/27/2021 2:39:18 PM
Fee Amt: $176.00 Page 1 of 3
Revenue Tax: $150.00
Jackson County, NC
Joe Hamilton Register of Deeds

BK 2303 PG 392 - 394

TAX COLLECTOR'S OFFICE JACKSON COUNTY, N.C. DATE INITIAL

May - 27 2021 LP

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax: $150.00

Parcel Identifier No. 8505-89-2676 Verified by ______________ County on the ____ day of ________________, 20____
By: ____________________

Mail/Box to: Barnwell & Long, PLLC, 2000 Hendersonville Road #A, Asheville, North Carolina 28803

This instrument was prepared by: Agatha B. Guy, Carpenter & Guy, PLLC, 559 West Main Street, Sylva, North Carolina 28779

Brief description for the Index: LOT 2, Wolf Lake

THIS DEED made this 21 day of May, 20 21, by and between

| GRANTOR | GRANTEE |
|---|---|
| Terence Howard Towe and wife,<br>Jillian Ann Towe<br>9260 Stonemist Trace<br>Roswell, Georgia 30076 | Wolf Lake Development, LLC,<br>a North Carolina Limited Liability Company<br>1944 Hendersonville Road, Suite E1<br>Asheville, North Carolina 28803 |

Enter in appropriate block for each Grantor and Grantee: name, mailing address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot, parcel of land or condominium unit situated in the City of Tuckasegee, Canada Township, Jackson County, North Carolina and more particularly described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED BY EXPRESS REFERENCE AS IF FULLY SET FORTH HEREIN



NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002, 2013
Printed by Ag

This standard form has been approved by:

Submitted electronically by "Barnwell & ... documents
in compliance with North Carolina stat... ty Register of Deeds.
and the terms of the submitter agreeme...

EXHIBIT
H

The property hereinabove described was acquired by Grantor by instrument recorded in Book ________ page ________.
All or a portion of the property herein conveyed ___ includes or X does not include the primary residence of a Grantor.

A map showing the above described property is recorded in Plat Book ________ page ________.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

| | |
|---|---|
| ______________________ (Entity Name) | ______________________ (SEAL) Print/Type Name: Terence Howard Towe |
| By: ______________________ Print/Type Name & Title: ______________________ | ______________________ (SEAL) Print/Type Name: Jillian Ann Towe |
| By: ______________________ Print/Type Name & Title: ______________________ | ______________________ (SEAL) Print/Type Name: ______________________ |
| By: ______________________ Print/Type Name & Title: ______________________ | ______________________ (SEAL) Print/Type Name: ______________________ |

State of Georgia - County or City of Atlanta
I, the undersigned Notary Public of the County or City of Fulton and State aforesaid, certify that Terence Howard Towe and wife, Jillian Ann Towe personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this 21 day of May, 2021.

My Commission Expires: 04/26/2024
(Affix Seal)

LYNNETTE BISSANTI NOTARY PUBLIC GEORGIA EXPIRES April 26, 2024 FULTON COUNTY

______________________ Notary Public
Notary's Printed or Typed Name

State of ______________________ - County or City of ______________________
I, the undersigned Notary Public of the County or City of ______________________ and State aforesaid, certify that ______________________ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this _____ day of ______________________, 20___.

My Commission Expires: ______________
(Affix Seal)

______________________ Notary Public
Notary's Printed or Typed Name

State of ______________________ - County or City of ______________________
I, the undersigned Notary Public of the County or City of ______________________ and State aforesaid, certify that ______________________ personally came before me this day and acknowledged that _he is the ______________________ of ______________________, a North Carolina or ______________________ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of such entity, __he signed the foregoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal, this _____ day of ______________________, 20___.

My Commission Expires: ______________
(Affix Seal)

______________________ Notary Public
Notary's Printed or Typed Name



NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002, 2013
Printed by Agreement with the NC Bar Association – 1981

This standard form has been approved by:
North Carolina Bar Association – NC Bar Form No. 3

**EXHIBIT "A"**

BEING all of Lot 2 of Wolf Lake, as shown on a plat thereof recorded in Plat Cabinet 10, Slide 154, Jackson County Public Registry, to which reference is specifically made.

TOGETHER WITH a non-exclusive right-of-way over the existing private forty-five foot in width private known as Snow Blossom Trail access road, together with continuations thereof, for purposes of ingress and egress between NCSR 1759 and subject property.

TOGETHER WITH an easement for the right to construct, maintain and repair a driveway to be located and crossing a portion of Lot 1 to serve as driveway access for Lot 2, Wolf Lake Subdivision, as described in Deed Book 1204, Page 719, Jackson County Public Registry, to which reference is hereby made.

TOGETHER WTIH all appurtenances and SUBJECT TO all restrictions, reservations and exceptions set forth in the above referenced deed and as shown on the above referenced plat.

SUBJECT TO the provisions contained in that certain Declaration of Restrictive Covenants for Wolf Lake Subdivision recorded in Deed Book 1056, Page 303, Jackson County Public Registry, to which reference is hereby made.

In accepting this conveyance, the Grantee acknowledges that membership in Wolf Lake Property Owners Association, Inc. is an appurtenance to the property hereinabove described and hereby conveyed, that the benefits and burdens of such membership cannot be severed from the fee to which it is appurtenant, and that said benefits and burdens shall run perpetually with the land.

BEING the same lands and premises as described in Deed Book 1204, Page 719, Jackson County Public Registry, to which reference is hereby made.

Type: WARRANTY DEED
Recorded: 8/20/2021 1:13:40 PM
Fee Amt: $1,626.00 Page 1 of 4
Revenue Tax: $1,600.00
Jackson County, NC
Joe Hamilton Register of Deeds

BK 2311 PG 1156 - 1159

EXHIBIT 19

TAX COLLECTOR'S OFFICE JACKSON COUNTY, N.C. DATE INITIAL

Aug - 20 2021 LP

| Excise Tax $ 1,600.00 | Recording Time, Book and Page |
|---|---|

Tax Lot No. ________________________ Parcel Identifier No. 8505-98-5127

Mail after recording to Barnwell & Long, PLLC,
2000 Hendersonville Road, Ste, A, Asheville, NC 28803

This instrument was prepared by Blake Long, a licensed NC attorney. Delinquent taxes, if any, to be paid by the closing attorney to the county tax collector upon disbursement of closing proceeds. Blake Long prepared this instrument without review or examination of title to the herein described property and no opinions or representations are being made by Blake Long or Barnwell & Long, PLLC.

Brief Description for the index: 1 Tanasee Creek Road

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this ______ day of August 2021, by and between

| GRANTOR | GRANTEE |
|---|---|
| The Lacy Investment Corporation,<br>a Georgia corporation<br>6190 Powers Ferry Road, Ste 220<br>Atlanta, GA 30339 | Wolf Lake Development, LLC,<br>a North Carolina limited liability company<br>1944 Hendersonville Road, Suite E<br>Asheville, NC 28803 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g., corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in Jackson County, North Carolina and more particularly described as follows:

**SEE EXHIBIT A ATTACHED HERETO**

The property hereinabove described was acquired by Grantor by instrument recorded in Book 1098 ______, Page ____782____.

Submitted electronically by "Barnwell & Long, PLLC"
in compliance with North Carolina statutes governing recordable documents
and the terms of the submitter agreement with the Jackson County Register of Deeds

EXHIBIT I

A map showing the above described property is recorded in Plat Book ______, Page ____.

All or a portion of the property herein conveyed ____ includes ____ does not include the primary residence of a Grantor.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions:

1. Easements, restrictions and rights-of-way of record.
2. Ad valorem taxes for the year 2021 and subsequent years.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if a corporation, limited liability company, or partnership, has caused this instrument to be signed in its name by its corporate officer, manager, general partner, or authorized agent, the day and year first above written.

The Lacy Investment Corporation,

a Georgia corporation

By: Carol Lacy Secretary (SEAL) By: [signature] Pres. Sct (SEAL)
Carol Lacy Douglas F. Lacy

STATE OF NC, COUNTY OF Bunco

I, a notary public of said County and State, certify that Carol Lacy personally came before me this day and acknowledged that she is Secretary of The Lacy Investment Corporation, a Georgia corporation, and that she, as Secretary, being authorized to do so, executed the foregoing on behalf of the company.

Witness my hand and official stamp or seal, this 20 day of **August, 2021.**

STEPHEN BARNWELL Notary Public Buncombe County NORTH CAROLINA

[signature]

Notary Public: Stephen Barnwell

My Commission Expires: 8-23-2025

STATE OF NC, COUNTY OF Bunc

I, a notary public of said County and State, certify that Douglas F. Lacy personally came before me this day and acknowledged that he is President of The Lacy Investment Corporation, a Georgia corporation, and that he, as President, being authorized to do so, executed the foregoing on behalf of the company.

Witness my hand and official stamp or seal, this 20 day of **August, 2021.**

Notary Public: Stephen Barnwell

My Commission Expires: 8.23.2025

STEPHEN BARNWELL
Notary Public
Buncombe
County
NORTH CAROLINA

①JL

EXHIBIT "A"
PROPERTY DESCRIPTION

LYING AND BEING in Canada Township, Jackson County, North Carolina and

BEING ALL of that certain tract containing 117.17 acres, more or less, as depicted on plat identified as "Boundary Survey Exclusively for The Lacy Investment Corporation" recorded in Plat Cabinet 10 at Slide 514 in the Jackson County Registry, reference to which is hereby made for a more particular description thereof.

AND BEING the same property described in Deed Book 1098 at Page 782.

There is conveyed herewith without warranties a tract containing 0.431 acres, more or less, described as follows:

BEGINNING at an existing iron pin in the Northern boundary of the Canang LLC property described in Deed Book 978 at Page 737 also being a western corner of the property shown in Plat Cabinet 10 at Slide 514, thence running with the common boundary of Plat Cabinet 10 at Slide 514 the following calls and distances; N 7 56 19 E 344.37 feet and N 2 59 29 W 367.9 feet; thence running S 89 34 42 W 23.96 feet; thence running with the Vaughn property described in Deed Book 1866 at Page 858, S 0 23 59 E 19.49 feet; S 0 24 1 E 342.45 feet; S 1 5 50 W 54 feet; and S 1 9 21 W 292.44 feet to the point and place of BEGINNING; and being Tract B as depicted on a Survey for Wolf Lake Development LLC prepared by Davenport Ivey & Associates, Inc. drawing No. J-2037-A.

EXHIBIT
25

PENGAD 800-631-6989

Type: DEED OF TRUST
Recorded: 8/20/2021 1:14:27 PM
Fee Amt: $64.00 Page 1 of 5
Jackson County, NC
Joe Hamilton Register of Deeds

**BK 2311 PG 1160 - 1164**

SATISFACTION: The debt secured by the within Deed of Trust together with the note(s) secured thereby has been satisfied in full.
This the ______ day of ______________, 20__

Signed: ______________________________

Recording: Time, Book and Page

Tax Lot No. ____________________________ Parcel Identifier No.
Verified by ______________________________ County on the ______ day of ________________,
20__
by

Mail after recording to Barnwell & Long, PLLC
This instrument prepared by Barnwell & Long, PLLC.

Brief Description for the index

# NORTH CAROLINA DEED OF TRUST

THIS DEED of TRUST made this the 20 day of August, 2021, by and between:

| GRANTOR | TRUSTEE | BENEFICIARY |
|---|---|---|
| Wolf Lake Development LLC, a North Carolina limited liability company | Barnwell & Long, PLLC | Juan Fernandez<br>16100 East Troon Circle<br>Miami Beach FL 33014 |

Enter in appropriate block for each party: name address, and, if appropriate, character of entity, e.g. corporation or partnership

The designation Grantor, Trustee, and Beneficiary as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, That whereas the Grantor is indebted to the Beneficiary in the principal sum of Four Hundred Thousand and no/100 Dollars (**$400,000.00**), as evidenced by a Promissory Note of even date herewith, the terms of which are incorporated herein by reference. The final due date for payments of said Promissory Note, if not sooner paid, is on demand.

NOW, THEREFORE, as security for said indebtedness, advancements and other sums expended by Beneficiary pursuant to this Deed of Trust and costs of collection (including attorneys fees as provided in the Promissory Note) and other valuable consideration, the receipt of which is hereby acknowledged, the Grantor has bargained, sold, given and conveyed and does by these presents bargain, sell, give, grant and convey to said Trustee, his heirs, or successors, and assigns, the parcel(s) of land situated in the City of , Township, Jackson County, North Carolina, (the "Premises") and more particularly described as follows:

See attached Exhibit A.

Submitted electronically by "Barnwell & Long, PLLC"
in compliance with North Carolina statutes governing recordable documents
and the terms of the submitter agreement with the Jackson County Register of Deeds

EXHIBIT
J

tabbies

TO HAVE AND TO HOLD said Premises with all privileges and appurtenances thereunto belonging, to said Trustee, his heirs, successors, and assigns forever, upon the trusts, terms and conditions, and for the uses hereinafter set forth.

If the Grantor shall pay the Note secured hereby in accordance with its terms, together with interest thereon, and any renewals or extensions thereof in whole or in part, all other sums secured hereby and shall comply with all of the covenants, terms and conditions of this Deed of Trust, then this conveyance shall be null and void and may be canceled of record at the request and the expense of the Grantor. If, however, there shall be any default (a) in the payment of any sums due under the Note, this Deed of Trust or any other instrument securing the Note and such default is not cured within ten (10) days from the due date, or (b) if there shall be default in any of the other covenants, terms or conditions of the Note secured hereby, or any failure or neglect to comply with the covenants, terms or conditions contained in this Deed of Trust or any other instrument securing the Note and such default is not cured within fifteen (15) days after written notice, then and in any of such events, without further notice, it shall be lawful for and the duty of the Trustee, upon request of the Beneficiary, to sell the land herein conveyed at public auction for cash, after having first giving such notice of hearing as to commencement of foreclosure proceedings and obtained such findings or leave of court as may then be required by law and giving such notice and advertising the time and place of such sale in such manner as may then be provided by law, and upon such and any resales and upon compliance with the law then relating to foreclosure proceedings under power of sale to convey title to the purchaser in as full and ample manner as the Trustee is empowered. The Trustee shall be authorized to retain an attorney to represent him in such proceedings.

The proceeds of the Sale shall after the Trustee retains his commission, together with reasonable attorneys fees incurred by the Trustee in such proceedings, be applied to the costs of sale, including, but not limited to, costs of collection, taxes, assessments, costs of recording, service fees and incidental expenditures, the amount due on the Note hereby secured and advancements and other sums expended by the Beneficiary according to the provisions hereof and otherwise as required by the then existing law relating to foreclosures. The Trustee's commission shall be five percent (5%) of the gross proceeds of the sale or the minimum sum of **$1,000.00** whichever is greater, for a completed foreclosure. In the event foreclosure is commenced, but not completed, the Grantor shall pay all expenses incurred by Trustee, including reasonable attorneys fees, and a partial commission computed on five per cent (5%) of the outstanding indebtedness or the above stated minimum sum, whichever is greater, in accordance with the following schedule, to-wit: one-fourth (¼) thereof before the Trustee issues a notice of hearing on the right to foreclosure; one-half (½) thereof after issuance of said notice, three-fourths (¾) thereof after such hearing; and the greater of the full commission or minimum sum after the initial sale.

And the said Grantor does hereby covenant and agree with the Trustee as follows:

1. INSURANCE. Grantor shall keep all improvements on said land, now or hereafter erected, constantly insured for the benefit of the Beneficiary against loss by fire, windstorm and such other casualties and contingencies, in such manner and in such companies and for such amounts, not less than that amount necessary to pay the sum secured by this Deed of Trust, and as may be satisfactory to the Beneficiary. Grantor shall purchase such insurance, pay all premiums therefore, and shall deliver to Beneficiary such policies along with evidence of premium payments as long as the Note secured hereby remains unpaid. If Grantor fails to purchase such insurance, pay premiums therefore or deliver said policies along with evidence of payment of premiums thereon, then Beneficiary, at his option, may purchase such insurance. Such amounts paid by Beneficiary shall be added to the principal of the Note secured by this Deed of Trust, and shall be due and payable upon demand of Beneficiary. All proceeds from any insurance so maintained shall at the option of Beneficiary be applied to the debt secured hereby and if payable in installments, applied in the inverse order of maturity of such installments or to the repair or reconstruction of any improvements located upon the Property.

2. TAXES, ASSESSMENTS, CHARGES. Grantor shall pay all taxes, assessments and charges as may be lawfully levied against said Premises within thirty (30) days after the same shall become due. In the event that Grantor fails to so pay all taxes, assessments and charges as herein required, then Beneficiary, at his option, may pay the same and the amounts so paid shall be added to the principal of the Note secured by this Deed of Trust, and shall be due and payable upon demand of Beneficiary.

3. ASSIGNMENTS OF RENTS AND PROFITS. Grantor assigns to Beneficiary, in the event of default, all rents and profits from the land and any improvements thereon, and authorizes Beneficiary to enter upon and take possession of such land and improvements, to rent same, at any reasonable rate of rent determined by Beneficiary, and after deducting from any such rents the cost of reletting and collection, to apply the remainder to the debt secured hereby.

4. PARTIAL RELEASE. Grantor shall not be entitled to the partial release of any of the above described property unless a specific provision providing therefore is included in this Deed of Trust. In the event a partial release provision is included in this Deed of Trust, Grantor must strictly comply with the terms thereof. Notwithstanding anything herein contained, Grantor shall not be entitled to any release of property unless Grantor is not in default and is in full compliance with all of the terms and provisions of the Note, this Deed of Trust, and any other instrument that may be securing said Note.

5. WASTE. The Grantor covenants that he will keep the Premises herein conveyed in as good order, repair and condition as they are now, reasonable wear and tear accepted, and will comply with all governmental requirements respecting the Premises or their use, and that he will not commit or permit any waste.

6. CONDEMNATION. In the event that any or all of the Premises shall be condemned and taken under the power of eminent domain, Grantor shall give immediate written notice to Beneficiary and Beneficiary shall have the right to receive and collect all damages awarded by reason of such taking, and the right to such damages hereby is assigned to Beneficiary who shall have the discretion to apply the amount so received, or any part thereof, to the indebtedness due hereunder and if payable in installments, applied in the inverse order of maturity of such installments, or to any alteration, repair or restoration of the Premises by Grantor.

7. WARRANTIES. Grantor covenants with Trustee and Beneficiary that he is seized of the Premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that he will warrant and defend the title against the lawful claims of all persons whomsoever, except for the exceptions hereinafter stated. Title to the property hereinabove described is subject to the following exceptions:

8. SUBSTITUTION OF TRUSTEE. Grantor and Trustee covenant and agree to and with Beneficiary that in case the said Trustee, or any successor trustee, shall die, become incapable of acting, renounce his trust, or for any reason the holder of the Note desires to replace said Trustee, then the holder may appoint, in writing, a trustee to take the place of the Trustee; and upon the probate and registration of the same, the trustee thus appointed shall succeed to all rights, powers and duties of the Trustee.

[X] **THE FOLLOWING PARAGRAPH, 9. SALE OF PREMISES, SHALL NOT APPLY UNLESS THE BLOCK TO THE LEFT MARGIN OF THIS SENTENCE IS MARKED AND/OR INITIALED.**

9. SALE OF PREMISES. Grantor agrees that if the Premises or any part thereof or interest therein is sold, assigned, transferred, conveyed or otherwise alienated by Grantor, whether voluntarily or involuntarily or by operation of law [other than: (i) the creation of a lien or other encumbrance subordinate to this Deed of Trust which does not relate to a transfer of rights of occupancy in the Premises; (ii) the creation of a purchase money security interest for household appliances; (iii) a transfer by devise, descent, or operation of law on the death of a joint tenant or tenant by the entirety; (iv) the grant of a leasehold interest of three (3) years or less not containing an option to purchase; (v) a transfer to a relative resulting from the death of a Grantor; (vi) a transfer where the spouse or children of the Grantor become the owner of the Premises; (vii) a transfer resulting from a decree of a dissolution of marriage, legal separation agreement, or from an incidental property settlement agreement, by which the spouse of the Grantor becomes an owner of the Premises; (viii) a transfer into an inter vivos trust in which the Grantor is and remains a beneficiary and which does not relate to a transfer of rights of occupancy in the Premises], without the prior written consent of Beneficiary, Beneficiary, at its own option, may declare the Note secured hereby and all other obligations hereunder to be forthwith due and payable. Any change in the legal or equitable title of the Premises or in the beneficial ownership of the Premises, including the sale, conveyance or disposition of a majority interest in the Grantor if a corporation or partnership, whether or not of record and whether or not for consideration, shall be deemed to be the transfer of an interest in the Premises.

10. ADVANCEMENTS. If Grantor shall fail to perform any of the covenants or obligations contained herein or in any other instrument given as additional security for the Note secured hereby, the Beneficiary may, but without obligation, make advances to perform such covenants or obligations, and all such sums so advanced shall be added to the principal sum, shall bear interest at the rate provided in the Note secured hereby for sums due after default and shall be due from Grantor on demand of the Beneficiary. No advancement or anything contained in this paragraph shall constitute a waiver by Beneficiary or prevent such failure to perform from constituting an event of default.

11. INDEMNITY. If any suit or proceeding be brought against the Trustee or Beneficiary or if any suit or proceeding be brought which may affect the value or title of the Premises, Grantor shall defend, indemnify and hold harmless and on demand reimburse Trustee or Beneficiary from any loss, cost, damage or expense and any sums expended by Trustee or Beneficiary shall bear interest as provided in the Note secured hereby for sums due after default and shall be due and payable on demand.

12. WAIVERS. Grantor waives all rights to require marshaling of assets by the Trustee or Beneficiary. No delay or omission of the Trustee or Beneficiary in the exercise of any right, power or remedy arising under the Note or this Deed of Trust shall be deemed a waiver of any default or acquiescence therein or shall impair or waive the exercise of such right, power or remedy by Trustee or Beneficiary at any other time.

13. CIVIL ACTION. In the event that the Trustee is named as a party to any civil action as Trustee in this Deed of Trust, the Trustee shall be entitled to employ an attorney at law, including himself if he is a licensed attorney, to represent him in said action and the reasonable attorney's fee of the Trustee in such action shall be paid by the Beneficiary and added to the principal of the Note secured by this Deed of Trust and bear interest at the rate provided in the Note for sums due after default.

14. PRIOR LIENS. Default under the terms of any instrument secured by a lien to which this Deed of Trust is subordinate shall constitute default hereunder.

15. OTHER TERMS.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

Wolf Lake Development LLC,

a North Carolina limited liability company

(Corporate Name)

By: ______________________

Jaime Lopez, Member-Manager

**SEAL-STAMP**

NORTH CAROLINA, **Buncombe** County.

I, a notary public of said County and State, certify that Jaime Lopez personally came before me this day and acknowledged that he (or she) is Member-Manager of Wolf Lake Development LLC, a North Carolina limited liability company, and that he/she, as Member-Manager being authorized to do so, executed the foregoing on behalf of the corporation. Witness my hand and official stamp or seal, this **day of August, 2021.**

My commission expires: 8.23.2025 Notary Public: [signature]

STEPHEN BARNWELL
Notary Public
Buncombe County
NORTH CAROLINA

ORL

EXHIBIT "A"
PROPERTY DESCRIPTION

LYING AND BEING in Canada Township, Jackson County, North Carolina and

BEING ALL of that certain tract containing 117.17 acres, more or less, as depicted on plat identified as "Boundary Survey Exclusively for The Lacy Investment Corporation" recorded in Plat Cabinet 10 at Slide 514 in the Jackson County Registry, reference to which is hereby made for a more particular description thereof.

AND BEING the same property described in Deed Book 1098 at Page 782.

There is conveyed herewith without warranties a tract containing 0.431 acres, more or less, described as follows:

BEGINNING at an existing iron pin in the Northern boundary of the Canang LLC property described in Deed Book 978 at Page 737 also being a western corner of the property shown in Plat Cabinet 10 at Slide 514, thence running with the common boundary of Plat Cabinet 10 at Slide 514 the following calls and distances; N 7 56 19 E 344.37 feet and N 2 59 29 W 367.9 feet; thence running S 89 34 42 W 23.96 feet; thence running with the Vaughn property described in Deed Book 1866 at Page 858, S 0 23 59 E 19.49 feet; S 0 24 1 E 342.45 feet; S 1 5 50 W 54 feet; and S 1 9 21 W 292.44 feet to the point and place of BEGINNING; and being Tract B as depicted on a Survey for Wolf Lake Development LLC prepared by Davenport Ivey & Associates, Inc. drawing No. J-2037-A.

EXHIBIT
16

Type: WARRANTY DEED
Recorded: 11/4/2021 12:52:22 PM
Fee Amt: $26.00 Page 1 of 3
Revenue Tax: $0.00
Jackson County, NC
Joe Hamilton Register of Deeds

**BK 2318 PG 1683 - 1685**

TAX COLLECTOR'S OFFICE JACKSON COUNTY, N.C.
DATE
INITIAL

Nov - 04 2021 CC

| Excise Tax $ | Recording Time, Book and Page |
|---|---|

Tax Lot No. ______________________ Parcel Identifier No. 8505-98-5127

Verified by ______________________ County on the ____ day of ______________, 20____.

by

Mail after recording to
This instrument was prepared by Barnwell & Long, PLLC, licensed NC attorneys. Delinquent taxes, if any, to be paid by the closing attorney to the county tax collector upon disbursement of closing proceeds.

Brief Description for the index: Lot 3 SR 1759

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this ______ day of November, 2021, by and between

| GRANTOR | GRANTEE |
|---|---|
| **ONEAL LAND CO LLC** | **WOLF LAKE DEVELOPMENT, LLC a North Carolina limited liability company**<br>**61 North Oak Street**<br>**Brevard, NC 28712** |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g., corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of , Canada Township, Jackson County, North Carolina and more particularly described as follows:

**See attached Exhibit 'A' for a more particular description of said property.**

The property hereinabove described was acquired by Grantor by instrument recorded in Book , Page .

A map showing the above described property is recorded in Plat .

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will

Submitted electronically by "Barnwell & Long, PLLC"
in compliance with North Carolina statutes governing recordable docu
and the terms of the submitter agreement with the Jackson County Reg

EXHIBIT
K

warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions:

1. Easements, restrictions and rights-of-way of record.

2. Ad valorem taxes for the year 2021.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

O'NEAL LAND COMPANY, LLC

By: X O'Neal McCall
O'NEAL McCALL Member/Mgr

SEAL-STAMP

NORTH CAROLINA, Buncombe County.

I, a notary public of said County and State, certify that O'NEAL McCALL personally came before me this day and acknowledged that he (or she) is a Member-Manager of O'NEAL LAND COMPANY, LLC, a North Carolina limited liability company, and that he/she, as a Member-Manager, being authorized to do so, executed the foregoing on behalf of the corporation. Witness my hand and official stamp or seal, this 4 day of **November, 2021.**

STEPHEN BARNWELL
Notary Public
Buncombe
County
NORTH CAROLINA

My commission expires: 8-23-2025 ______ Notary Public

EXHIBIT "A"
PROPERTY DESCRIPTION

BEING ALL of Lot 3-B, containing 1.964 acres, as shown on a plat thereof recorded in Plat Cabinet 18, Slide 636, Jackson County Registry, reference to which is hereby made for a more particular description thereof.

ALSO BEING the property described as THIRD PARCEL in deed recorded in Deed Book 1862 at Page 740.

SUBJECT TO the right of way of North Carolina State Road 1759 as shown on the above-referenced plat.

TOGETHER WITH all appurtenances and SUBJECT TO all restrictions reservation and exceptions as set forth in the above-referenced deeds and as shown on the above-referenced plat.

Outlook

## Re: Wolf

**Desde** Olga Maria <omme56@hotmail.com>
**Fecha** Mar 28/02/2023 4:58 PM
**Para** David A Lane <DLane@21cig.capital>
**CC** Carlos José Macías Montenegro <cjmacmon@gmail.com>

David, esto es un balance de un proyectó en estados unidos? De verdad no lo puedo creer!! Esto le presentan a un banco para un crédito? Para el avance de un préstamo? No creo, y disculpe.

Esto no es un balance contable, por favor pida el balance de los dos proyectos oficiales de la contabilidad. Costos y gastos específicas de cada proyecto registrados.

Gracias quedo atenta. Usted debe saber claramente como llaman a estos informes allá.

Olga María Montenegro

---

**De:** David A Lane <DLane@21cig.capital>
**Enviado:** Tuesday, February 28, 2023 7:47:24 AM
**Para:** 'Olga Maria' <omme56@hotmail.com>
**Asunto:** FW: Wolf

Buenos dias Dona Olga:

Aac el mensaje de Jaime con parte de la información que usted pidió.

**From:** Jaime Lopez <bmfcorp@yahoo.com>
**Sent:** Monday, February 27, 2023 22:15
**To:** David Avila Lane-Javier Lluch <dlane@21cig.com>
**Subject:** Fw: Wolf

David,

Please find a balance sheet for all three lots at Wolf . I have included the parcel information showing that Wolf Lake Development LLC is the owner and that there are no liens on the land. This info was requested by Olga.

The first parcel is for lots 1 and two combined
The second parcel is for 3b which will have 4 future homes
The last is for the large trac of land

I have the receipts for lots 1 and 2 that I will bring with me to Florida as I will be leaving tomorrow to visit my parents. As I wrote earlier, we will have receipts for 3b and the large trac hopefully by Friday.

Jaime

EXHIBIT
tabbies
L

----- Forwarded Message -----
**From:** oneal land <onealland@gmail.com>
**To:** Jaime F Lopez <bmfcorp@yahoo.com>
**Sent:** Monday, February 27, 2023 at 06:51:06 PM EST
**Subject:** Wolf

--
Oneal McCall
828-273-6551

# Property Report for 8505-89-2676

8/4/2021




### Parcel Information

**Parcel ID:** 8505-89-2676
**Parcel Address:** LT 2 VESS OWEN RD
**Neighborhood Name:** CANADA
**Property Description:** LT 2 WOLF LAKE
**Sale Date:** 2021-05-27
**Sale Price:** $75,000
**Plat Reference:** 10/154
**Transferring Reference:** 2303/392
**Township:** CANADA
**Assessed Acres:** 2.0900

### Ownership Information

**Owner Name #1:** WOLF LAKE DEVELOPMENT LLC
**Owner Name #2:** None
**Mailing Address 1:** 194 HENDERSONVILLE RD STE E1
**Mailing Address 2:** None
**City/State/Zip:** ASHEVILLE NC 28803
**Owner Account:** 187987

### Tax/Value Information

**Fire District:** None
**Building Value:** $0
**Land Value:** $74,220
**Assessed Total Value:** $74,220

### Zoning Information

**Zoning District:** None
**Zoning Area:** None
**Jurisdiction:** None

# Property Report for 8505-79-2027

2/27/2023




| Parcel Information | Ownership Information | Tax/Value Information |
|---|---|---|
| **Parcel ID:** 8505-79-2027<br>**Parcel Address:** LT 3B VESS OWEN RD<br>**Neighborhood Name:** CANADA<br>**Property Description:** LT 3B VESS OWEN RD<br>**Sale Date:** 2021-11-04<br>**Sale Price:** $0<br>**Plat Reference:** 18/636<br>**Transferring Reference:** 2318/1683<br>**Township:** CANADA<br>**Assessed Acres:** 1.96 | **Owner Name #1:** WOLF LAKE DEVELOPMENT LLC<br>**Owner Name #2:** None<br>**Mailing Address 1:** 1944 HENDERSONVILLE RD STE E1<br>**Mailing Address 2:** None<br>**City/State/Zip:** ASHEVILLE NC 28803<br>**Owner Account:** 187987 | **Fire District:** CANADA 6 MI<br>**Building Value:** $0<br>**Land Value:** $42,230<br>**Assessed Total Value:** $42,230<br><br>**Zoning Information**<br>**Zoning District:** None<br>**Zoning Area:** None<br>**Jurisdiction:** None |

# Property Report for 8505-79-4024

2/27/2023




**Parcel Information**

**Parcel ID:** 8505-79-4024
**Parcel Address:** PT TR B TANNASSEE CREEK RD
**Neighborhood Name:** CANADA
**Property Description:** PT TR B WOLF LAKE DEVELOPMENT
**Sale Date:** 2021-08-20
**Sale Price:** $800,000
**Plat Reference:** 25/818
**Transferring Reference:** 2311/1156
**Township:** CANADA
**Assessed Acres:** 0.84

**Ownership Information**

**Owner Name #1:** WOLF LAKE DEVELOPMENT LLC
**Owner Name #2:** None
**Mailing Address 1:** 1944 HENDERSONVILLE RD STE E1
**Mailing Address 2:** None
**City/State/Zip:** ASHEVILLE NC 28803
**Owner Account:** 187987

3B + 75 Acres

**Tax/Value Information**

**Fire District:** CANADA PC 10
**Building Value:** $0
**Land Value:** $0
**Assessed Total Value:** $0

**Zoning Information**

**Zoning District:** None
**Zoning Area:** None
**Jurisdiction:** None

3:46 PM
02/27/23
Cash Basis

# Wolf Lake Development LLC
## Balance Sheet
### As of February 28, 2023

| | | |
|---|---|---|
| | | **Feb 28, 23** |
| **ASSETS** | | |
| Current Assets | | |
| Checking/Savings | | |
| First Bank | | 7,215.06 |
| Total Checking/Savings | | 7,215.06 |
| Total Current Assets | | 7,215.06 |
| Fixed Assets | | |
| Lot 3B | | |
| Taxes | 478.18 | |
| Engineering | 1,250.00 | |
| Survey | 2,500.00 | |
| Land Cost | 66,000.00 | |
| Total Lot 3B | | 70,228.18 |
| Mountain Meadows at Wolf Lake | | |
| Land | 794,781.86 | |
| Insurance | 884.52 | |
| Permits | 70.00 | |
| Dock | 23,594.25 | |
| Office Supplies | 176.28 | |
| Boat | 2,000.00 | |
| Professional Fees | 10,373.50 | |
| Surveys | 14,690.00 | |
| Engineering | 200.00 | |
| Meals | 165.30 | |
| Travel | 1,030.86 | |
| Hotel | 650.50 | |
| Land Development | 13,509.17 | |
| Total Mountain Meadows at Wolf Lake | | 862,126.24 |
| Lot 2 | | |
| Office Supplies | 50.62 | |
| Travel | 332.55 | |
| Vertical Cost | 261,266.19 | |
| Land Cost | 75,295.88 | |
| Professional Fees | 1,325.00 | |
| Business Licenses and Permits | 2,089.00 | |
| Surveys | 2,035.00 | |
| General Contractor | 1,751.89 | |
| Lot Development | 45,204.80 | |
| Software | 64.00 | |
| Lot 2 - Other | 3,475.00 | |
| Total Lot 2 | | 392,909.93 |
| Total Fixed Assets | | 1,325,264.35 |
| Other Assets | | |
| Oneal Land Company - Lot 1 | | |
| Taxes | 848.31 | |
| Lot Development | 28,274.60 | |
| Meals | 51.93 | |
| General Contractor | 800.00 | |
| Vertical Cost | 1,500.00 | |
| Engineering | 1,450.00 | |
| Total Oneal Land Company - Lot 1 | | 32,924.84 |
| Southern Summit -Hawks Ridge | | 2,661.98 |
| Total Other Assets | | 35,586.82 |
| **TOTAL ASSETS** | | **1,368,066.23** |

Handwritten annotations: "3B" (beside Lot 3B); "75 Acres" (beside Mountain Meadows at Wolf Lake); "→ Modular Home" (beside Lot 2 Vertical Cost)

3:46 PM
02/27/23
Cash Basis

# Wolf Lake Development LLC
## Balance Sheet
### As of February 28, 2023

| | Feb 28, 23 |
|---|---|
| LIABILITIES & EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Beth Loan | 3,000.00 |
| Jaimie Loan | 162,190.00 |
| Oneal Loan | 97,736.81 |
| Investor Loan #2 | 500,000.00 |
| Investor Loan | 530,000.00 |
| Total Other Current Liabilities | 1,292,926.81 |
| Total Current Liabilities | 1,292,926.81 |
| Long Term Liabilities | |
| Invester Loan #4 | 300,000.00 |
| Investor Loan #3 | 40,000.00 |
| Total Long Term Liabilities | 340,000.00 |
| Total Liabilities | 1,632,926.81 |
| Equity | |
| Retained Earnings | -264,860.58 |
| Total Equity | -264,860.58 |
| TOTAL LIABILITIES & EQUITY | 1,368,066.23 |

Outlook

## RE: Wolf Lake - North Carolina

**Desde** Olga Maria <omme56@hotmail.com>
**Fecha** Lun 27/02/2023 1:44 PM
**Para** dlane@21cig.com <dlane@21cig.com>

que dijeron entonces y nada de nada

Olga Maria Montenegro

---

**De:** dlane@21cig.com <dlane@21cig.com>
**Enviado:** martes, 25 de enero de 2022 7:39 p. m.
**Para:** omme56@hotmail.com <omme56@hotmail.com>
**Asunto:** Wolf Lake - North Carolina

Hola Dona Olga:

Hable con el developer y me dicen que están esperando cerrar en abril y pagar el principal e intereses en full del primer proyecto.

El segundo proyecto están programados para terminar en Julio y devolver su inversión e intereses en esa fecha.

Cualquier cosa por favor déjeme saber.

Saludos,

David

David A. Lane
Global Business Adviser
US +1.310.409.5227 - China +86.186.2180.3484
WeChat: DaLane567 – Line: DaLane

EXHIBIT
tabbles
M

TAB 12

What they said then and nothing at all

Olga Maria Montenegro

From: dlane@21cig.com <dlane@21cig.com>Sent: Tuesday, January 25, 2022 7:39 PMTo: omme56@hotmail.com omme56@hotmail.com

Subject: Wolf Lake - North Carolina

Hello Dona Olga:I spoke with the developer and they told me they are expecting to close in April and pay the principal and full interest of the first project.

The second project is scheduled to be completed in July and return your investment and interest at that time.

Please let me know if anything comes up.

3:46 PM
02/27/23
Cash Basis

# Wolf Lake Development LLC
## Balance Sheet
As of February 28, 2023

| | Feb 28, 23 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| First Bank | 7,215.06 |
| Total Checking/Savings | 7,215.06 |
| Total Current Assets | 7,215.06 |
| Fixed Assets | |
| Lot 3B | |
| Taxes | 478.18 |
| Engineering | 1,250.00 |
| Survey | 2,500.00 |
| Land Cost | 66,000.00 |
| Total Lot 3B | 70,228.18 |
| Mountain Meadows at Wolf Lake | |
| Land | 794,781.86 |
| Insurance | 884.52 |
| Permits | 70.00 |
| Dock | 23,594.25 |
| Office Supplies | 176.28 |
| Boat | 2,000.00 |
| Professional Fees | 10,373.50 |
| Surveys | 14,690.00 |
| Engineering | 200.00 |
| Meals | 165.30 |
| Travel | 1,030.86 |
| Hotel | 650.50 |
| Land Development | 13,509.17 |
| Total Mountain Meadows at Wolf Lake | 862,126.24 |
| Lot 2 | |
| Office Supplies | 50.62 |
| Travel | 332.55 |
| Vertical Cost | 261,266.19 |
| Land Cost | 75,295.88 |
| Professional Fees | 1,325.00 |
| Business Licenses and Permits | 2,089.00 |
| Surveys | 2,035.00 |
| General Contractor | 1,751.89 |
| Lot Development | 45,204.80 |
| Software | 64.00 |
| Lot 2 - Other | 3,475.00 |
| Total Lot 2 | 392,909.93 |
| Total Fixed Assets | 1,325,264.35 |
| Other Assets | |
| Oneal Land Company - Lot 1 | |
| Taxes | 848.31 |
| Lot Development | 28,274.60 |
| Meals | 51.93 |
| General Contractor | 800.00 |
| Vertical Cost | 1,500.00 |
| Engineering | 1,450.00 |
| Total Oneal Land Company - Lot 1 | 32,924.84 |
| Southern Summit -Hawks Ridge | 2,661.98 |
| Total Other Assets | 35,586.82 |
| **TOTAL ASSETS** | **1,368,066.23** |

3B

75 Acres

Modular Home



EXHIBIT
tabbies
N

3:46 PM
02/27/23
Cash Basis

# Wolf Lake Development LLC
## Balance Sheet
### As of February 28, 2023

| | Feb 28, 23 |
|---|---|
| LIABILITIES & EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Beth Loan | 3,000.00 |
| Jaimie Loan | 162,190.00 |
| Oneal Loan | 97,736.81 |
| Investor Loan #2 | 500,000.00 |
| Investor Loan | 530,000.00 |
| Total Other Current Liabilities | 1,292,926.81 |
| Total Current Liabilities | 1,292,926.81 |
| Long Term Liabilities | |
| Invester Loan #4 | 300,000.00 |
| Investor Loan #3 | 40,000.00 |
| Total Long Term Liabilities | 340,000.00 |
| Total Liabilities | 1,632,926.81 |
| Equity | |
| Retained Earnings | -264,860.58 |
| Total Equity | -264,860.58 |
| TOTAL LIABILITIES & EQUITY | 1,368,066.23 |

8:59 AM
7/08/24
Cash Basis

# Wolf Lake Development LLC
## Balance Sheet
### As of July 08, 2024

| | |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| First Bank | 165.65 |
| Total Checking/Savings | 165.65 |
| Total Current Assets | 165.65 |
| Fixed Assets | |
| Lot 3B | |
| Taxes | 478.18 |
| Engineering | 1,250.00 |
| Survey | 2,500.00 |
| Land Cost | 66,000.00 |
| Total Lot 3B | 70,228.18 |
| Mountain Meadows at Wolf Lake | |
| Advertising | 30,250.00 |
| Land | 794,781.86 |
| Insurance | 2,363.15 |
| Permits | 70.00 |
| Dock | 23,594.25 |
| Office Supplies | 176.28 |
| Boat | 2,000.00 |
| Professional Fees | 10,373.50 |
| Surveys | 14,690.00 |
| Engineering | 200.00 |
| Meals | 165.30 |
| Travel | 1,030.86 |
| Hotel | 650.50 |
| Land Development | 15,509.17 |
| Mountain Meadows at Wolf Lake - O... | 310.55 |
| Total Mountain Meadows at Wolf Lake | 896,165.42 |
| Lot 2 | |
| Office Supplies | 50.62 |
| Travel | 332.55 |
| Vertical Cost | 379,951.19 |
| Land Cost, | 75,295.88 |
| Professional Fees | 1,325.00 |
| Business Licenses and Permits | 2,089.00 |
| Surveys | 2,035.00 |
| General Contractor | 5,966.89 |
| Lot Development | 50,995.30 |
| Software | 84.00 |
| Lot 2 - crane, transport, setters | 25,229.70 |
| Total Lot 2 | 543,355.13 |
| Total Fixed Assets | 1,489,748.73 |
| Other Assets | |
| Oneal Land Company - Lot 1 | |
| Taxes | 1,006.13 |
| Lot Development | 28,435.07 |
| Meals | 51.93 |
| General Contractor | 800.00 |
| Vertical Cost | 1,500.00 |
| Engineering | 1,450.00 |
| Oneal Land Company - Lot 1 - Other | 600.00 |
| Total Oneal Land Company - Lot 1 | 33,843.13 |

EXHIBIT
tabbies
O

8:59 AM
05/08/24
Cash Basis

# Wolf Lake Development LLC
## Balance Sheet
### As of December 31, 2023

| | Dec 31, 23 |
|---|---|
| Southern Summit -Hawks Ridge | 2,661.98 |
| Total Other Assets | 36,505.11 |
| **TOTAL ASSETS** | **1,460,419.49** |
| LIABILITIES & EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Investor Loan #5 | 30,250.00 |
| Beth Loan | 3,000.00 |
| Jaimie Loan | 162,445.95 |
| Oneal Loan | 160,367.56 |
| Total Other Current Liabilities | 356,063.51 |
| Total Current Liabilities | 356,063.51 |
| Long Term Liabilities | |
| Investor Loan | 530,000.00 |
| Investor Loan #2 | 500,000.00 |
| Invester Loan #4 | 300,000.00 |
| Investor Loan #3 | 40,000.00 |
| Total Long Term Liabilities | 1,370,000.00 |
| Total Liabilities | 1,726,063.51 |
| Equity | |
| Retained Earnings | -265,210.02 |
| Net Income | -434.00 |
| Total Equity | -265,644.02 |
| **TOTAL LIABILITIES & EQUITY** | **1,460,419.49** |

?

?

Outlook

## RV: Wolf Lake North Carolina

**Desde** Olga Maria <omme56@hotmail.com>
**Fecha** Lun 27/02/2023 1:38 PM
**Para** Carlos José Macías Montenegro <cjmacmon@gmail.com>

Olga Maria Montenegro

**De:** David A Lane <DLane@21cig.capital>
**Enviado:** domingo, 15 de enero de 2023 7:52 p. m.
**Para:** carlos@themarathonlab.com <carlos@themarathonlab.com>; 'Olga Maria' <omme56@hotmail.com>
**Asunto:** Wolf Lake North Carolina

Please find an update:

You will find an image of the lot on Wolf Creek Lake. As you know, all engineering, site work, the basement (structure is complete), driveways, etc... are complete. The engineered home from Cardinal Homes has been completed and paid for.

The only pending issue is waiting for the delivery of the home. We have paid for the delivery which will be done by Cardinal Homes, have engaged the crane operator (Travis Collins from Campbell Crane) and are only waiting for the Jade Operator. He is the ONLY available operator who is not booked until April 2023 in our area and has promised to do the job. The ongoing issue is that he is employed by Schumacher Homes and can only get to our project when not working for Schumacher. As soon as he has an opening in his schedule, he will notify us and give us 2 weeks' notice so we can have Cardinal deliver the home.

Dona Olga's investment is secured with the land, completed and paid for home, site work, and engineering. The market in our area is showing no sign of slowing and will not due to high demand and non-existent inventory.

We fully realize that this has taken too long but we have had to deal with issues that EVERYONE who is in the construction industry has been dealing with. We are committed.to paying Olga back her full investment with interest once the home is sold whether we make money or not.

Jaime

EXHIBIT
P